# EXHIBIT TO PETITION

# LATEST TAX RETURN

# Form 1040 — U.S. Individual Income Tax Return (2020)

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074

**Filing Status** (Check only one box.): [X] Married filing jointly

**Your first name and middle initial:** BRIAN M
**Last name:** HUBBARD
**Your social security number:** 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

**Spouse's first name and middle initial:** ANTHONY
**Last name:** SAWYER
**Spouse's social security number:** 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

**Home address:** 2124 ROPE MAKER ROAD
**City:** CONROE **State:** TX **ZIP:** 77384

At anytime during 2020, did you receive, sell, send, exchange, or otherwise acquire financial interest in any virtual currency?  [X] No

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 8,959 |
| 2b | Taxable interest | 446 |
| 3b | Ordinary dividends | |
| 4b | IRA distributions – Taxable amount | |
| 5b | Pensions and annuities – Taxable amount | |
| 6b | Soc. sec. ben. – Taxable amount | |
| 7 | Capital gain or (loss) | |
| 8 | Other income from Schedule 1, line 9 | -256,774 |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | -247,369 |
| 10a | From Schedule 1, line 22 | 0 |
| 10b | Charitable contributions if you take the standard deduction | |
| 10c | Add line 10a and 10b. These are your **total adjustments to income** | |
| 11 | Subtract line 10c from line 9. This is your **adjusted gross income** | -247,369 |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 24,800 |
| 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | |
| 14 | Add lines 12 and 13 | 24,800 |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form 1040 (2020)

DAA

Form 1040 (2020)    BRIAN M HUBBARD & ANTHONY SAWYER    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    Page 2

| | | | | |
|---|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | | 16 | 0 |
| 17 | Amount from Schedule 2, line 3 | | 17 | |
| 18 | Add lines 16 and 17 | | 18 | 0 |
| 19 | Child tax credit or credit for other dependents | | 19 | |
| 20 | Amount from Schedule 3, line 7 | | 20 | |
| 21 | Add lines 19 and 20 | | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | 0 |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 | | 23 | |
| 24 | Add lines 22 and 23. This is your **total tax** | ▶ | 24 | 0 |
| 25 | Federal income tax withheld from: | | | |
| a | Form(s) W-2 | 25a   634 | | |
| b | Form(s) 1099 | 25b | | |
| c | Other forms (see instructions) | 25c | | |
| d | Add lines 25a through 25c | | 25d | 634 |
| 26 | 2020 estimated tax payments and amount applied from 2019 return. | | 26 | |
| 27 | Earned income credit (EIC) | 27 | | |
| 28 | Additional child tax credit. Attach Schedule 8812 | 28 | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| 30 | Recovery rebate credit. See instructions | 30   2,400 | | |
| 31 | Amount from Schedule 3, line 13 | 31 | | |
| 32 | Add lines 27 through 31. These are your **total other payments and refundable credits** | ▶ | 32 | 2,400 |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** | ▶ | 33 | 3,034 |

**Refund**

| | | | | |
|---|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | 3,034 |
| 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ▶ ☐ | | 35a | 3,034 |
| ▶ b | Routing number  067092886   ▶ c Type: ☒ Checking  ☐ Savings | | | |
| ▶ d | Account number  733364285 | | | |
| 36 | Amount of line 34 you want **applied to your 2021 estimated tax** ▶ | 36 | | |

Direct deposit? See instructions

**Amount You Owe**

| | | | | |
|---|---|---|---|---|
| 37 | Subtract line 33 from line 24. This is the **amount you owe now** | ▶ | 37 | |
| | Note: Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details. | | | |
| 38 | Estimated tax penalty (see instructions) | ▶ | 38 | |

For details on how to pay, see instructions.

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ▶ ☐ Yes. Complete below.    ☒ No

Designee's name ▶ _____    Phone no. ▶ _____    Personal identification number (PIN) ▶ _____

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature _____    Date _____    Your occupation  WAREHOUSE MANAGER    If the IRS sent you an Identity Protection PIN, enter it here (see inst.) _____

Spouse's signature. If a joint return, **both** must sign. _____    Date _____    Spouse's occupation  OPERATIONS MANAGER    If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) _____

Phone no. _____    Email address _____

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| WENAH A SAN DIEGO, CPA | | 10/15/21 | P00289376 | ☐ Self-employed |

Firm's name ▶ Wenah A San Diego PC    Phone no. 281-807-3065
Firm's address ▶ 16310 Tomball Pkwy Ste 204    Houston    TX    77064    Firm's EIN ▶ 26-2088755

Go to *www.irs.gov/Form1040* for instructions and the latest information.    Form **1040** (2020)

DAA

| SCHEDULE 1 (Form 1040) | Additional Income and Adjustments to Income | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1040, 1040-SR, or 1040-NR. ▶ Go to *www.irs.gov/Form1040* for instructions and the latest information. | **2020** Attachment Sequence No. 01 |

Name(s) shown on Form 1040, 1040-SR, or 1040-NR: BRIAN M HUBBARD & ANTHONY SAWYER
Your social security number: 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

### Part I  Additional Income

| | | |
|---|---|---:|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 2a | Alimony received | |
| b | Date of original divorce or separation agreement (see instructions) ▶ | |
| 3 | Business income or (loss). Attach Schedule C | -280,330 |
| 4 | Other gains or (losses). Attach Form 4797 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 6 | Farm income or (loss). Attach Schedule F | |
| 7 | Unemployment compensation | 43,956 |
| 8 | Other income. List type and amount ▶ UCE | -20,400 |
| 9 | Combine lines 1 through 8. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | -256,774 |

### Part II  Adjustments to Income

| | | |
|---|---|---|
| 10 | Educator expenses | |
| 11 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | |
| 12 | Health savings account deduction. Attach Form 8889 | |
| 13 | Moving expenses for members of the Armed Forces. Attach Form 3903 | |
| 14 | Deductible part of self-employment tax. Attach Schedule SE | |
| 15 | Self-employed SEP, SIMPLE, and qualified plans | |
| 16 | Self-employed health insurance deduction | |
| 17 | Penalty on early withdrawal of savings | |
| 18a | Alimony paid | |
| b | Recipient's SSN ▶ | |
| c | Date of original divorce or separation agreement (see instructions) ▶ | |
| 19 | IRA deduction | |
| 20 | Student loan interest deduction | |
| 21 | Tuition and fees deduction. Attach Form 8917 | |
| 22 | Add lines 10 through 21. These are your **adjustments to income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10a | |

For Paperwork Reduction Act Notice, see your tax return instructions.   Schedule 1 (Form 1040) 2020

DAA

**BRIAN M HUBBARD & ANTHONY SAWYER**  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
Schedule C (Form 1040) 2020   **BBQ RESTAURANTS**   Page **2**

### Part III — Cost of Goods Sold (see instructions)

33 Method(s) used to value closing inventory: a ☐ Cost  b ☐ Lower of cost or market  c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 0 |
| 36 Purchases less cost of items withdrawn for personal use | 36 | 345,754 |
| 37 Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 Materials and supplies | 38 | |
| 39 Other costs       See Statement 1 | 39 | 159,313 |
| 40 Add lines 35 through 39 | 40 | 505,067 |
| 41 Inventory at end of year | 41 | 0 |
| 42 Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 505,067 |

### Part IV — Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶

44 Of the total number of miles you drove your vehicle during 2020, enter the number of miles you used your vehicle for:

a Business       b Commuting (see instructions)       c Other

45 Was your vehicle available for personal use during off-duty hours? ☐ Yes ☐ No
46 Do you (or your spouse) have another vehicle available for personal use? ☐ Yes ☐ No
47a Do you have evidence to support your deduction? ☐ Yes ☐ No
b If "Yes," is the evidence written? ☐ Yes ☐ No

### Part V — Other Expenses.
List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---:|
| JANITORIAL | 6,288 |
| AUTO EXPENSE | 353 |
| DUES & SUBSCRIPTION | 722 |
| BANK FEES | 262 |
| MERCHANT FEES | 2,399 |
| WASTE REMOVAL | 912 |
| OFFICE EXPENSE | 14,921 |
| PROFESSIONAL FEES | 11,680 |
| CONTRIBUTION | 459 |
| LINE SERVICE | 3,625 |
| OUTSIDE SERVICES | 1,070 |
| WINDOW CLEANING | 684 |
| PAYROLL PROCESSING FEES | 1,201 |
| MISCELLANEOUS | 1,329 |
| REPAIRS & MAINTENANCE | 49,469 |
| Amortization | 2,421 |

| | | |
|---|---|---:|
| 48 Total other expenses. Enter here and on line 27a | 48 | 97,795 |

DAA                                                                 Schedule C (Form 1040) 2020

| Form **8995** | **Qualified Business Income Deduction** | OMB No. 1545-2294 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | **Simplified Computation**  ▶ Attach to your tax return.  ▶ Go to *www.irs.gov/Form8995* for instructions and the latest information. | **2020** Attachment Sequence No. **55** |

Name(s) shown on return: **BRIAN M HUBBARD & ANTHONY SAWYER**

Your taxpayer identification number: 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

**Note.** You can claim the qualified business income deduction **only** if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural cooperative. See instructions.

Use this form if your taxable income, before your qualified business income deduction, is at or below $163,300 ($326,600 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | SMOKINKWR LLC | 85-1236061 | -280,330 |
| ii | | | |
| iii | | | |
| iv | | | |
| v | | | |

| | | | |
|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | 2 | -280,330 |
| 3 | Qualified business net (loss) carryforward from the prior year | 3 | ( ) |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | 4 | 0 |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | 5 | |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | 6 | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | 7 | ( ) |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | 8 | 0 |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | 9 | |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | 10 | 0 |
| 11 | Taxable income before qualified business income deduction | 11 | -272,169 |
| 12 | Net capital gain (see instructions) | 12 | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | 13 | 0 |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | 14 | 0 |
| 15 | Qualified business income deduction. Enter the lesser of line 10 or line 14. Also enter this amount on the applicable line of your return ▶ | 15 | 0 |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | 16 | ( 280,330 ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | 17 | ( ) |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

Form **8995** (2020)

DAA

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Including Information on Listed Property) ▶ Attach to your tax return. ▶ Go to www.irs.gov/Form4562 for instructions and the latest information. | **2020** Attachment Sequence No. **179** |

Name(s) shown on return: **BRIAN M HUBBARD & ANTHONY SAWYER**
Identifying number: 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

Business or activity to which this form relates: **BBQ RESTAURANTS**

### Part I — Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 1,040,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | 133,881 |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,590,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 1,040,000 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | See Statement 2 | 5,629 | 5,629 |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 5,629 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | 5,629 |
| 10 | Carryover of disallowed deduction from line 13 of your 2019 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | 0 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | 0 |
| 13 | Carryover of disallowed deduction to 2021. Add lines 9 and 10, less line 12 ▶ | 13 | 5,629 |

Note: Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | 500 |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III — MACRS Depreciation (Don't include listed property. See instructions.)

#### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2020 | 17 | 0 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

#### Section B—Assets Placed in Service During 2020 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only–see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | 83,585 | 7.0 | MQ | 200DB | 8,364 |
| d  10-year property | | | | | | |
| e  15-year property | | 44,167 | 15.0 | MQ | 150DB | 1,253 |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

#### Section C—Assets Placed in Service During 2020 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

### Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 10,117 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.
DAA
Form **4562** (2020)

HUBB29674 10/15/2021 2:31 PM

**BRIAN M HUBBARD & ANTHONY SAWYER**     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

Form 4562 (2020)     Page **2**

### Part V — Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

#### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? **X** Yes / No    24b If "Yes," is the evidence written? **X** Yes / No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 2018 CADILLAC CTS | 07/01/20 | 100.00 % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

#### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | 20,152 | | | | | |
| 31 Total commuting miles driven during the year | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | 20,152 | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes X / No | Yes / No | Yes / No | Yes / No | Yes / No | Yes / No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | Yes X / No | Yes / No | Yes / No | Yes / No | Yes / No | Yes / No |
| 36 Is another vehicle available for personal use? | Yes X / No | Yes / No | Yes / No | Yes / No | Yes / No | Yes / No |

#### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 | Do you treat all use of vehicles by employees as personal use? | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

### Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2020 tax year (see instructions): | | | | | |
| FRANCHISE FEES | 07/01/20 | 72,622 | 197 | 15.0 | 2,421 |
| 43 Amortization of costs that began before your 2020 tax year | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | 2,421 |

DAA     Form **4562** (2020)