# Dickey's Barbecue Pit
## 20-Day Budget
### December 14, 2021 to Jan 7, 2022

|  | Total |
|---|---:|
| **Income** | |
|   **4000 Sales** | |
|     4100 Non Catering Sales | 308,199.24 |
|     4200 Catering Sales | 10,500.00 |
|   **Total 4000 Sales** | $ 318,699.24 |
|   Unapplied Cash Payment Income | 0.00 |
| **Total Income** | $ 318,699.24 |
| **Cost of Goods Sold** | |
|   **5000 Cost of Goods Sold** | |
|     5100 Meat | 76,487.82 |
|     5200 Grocery | 50,991.88 |
|     5300 Beverage | 12,747.97 |
|     5400 Paper | 12,747.97 |
|     5600 Wood | 1,170.04 |
|   **Total 5000 Cost of Goods Sold** | $ 154,145.68 |
| **Total Cost of Goods Sold** | $ 154,145.68 |
| **Gross Profit** | $ 164,553.56 |
| **Expenses** | |
|   **6000 Payroll Labor Expenses** | |
|     6025 Salaries and Wages | 187,660.98 |
|     6026 Payroll Expense | 1,113.96 |
|     6100 Overtime | 0.00 |
|   **Total 6000 Payroll Labor Expenses** | $ 188,774.94 |
|   6300 Employer Taxes | 16,861.69 |
|   **7000 Franchise Fees** | |
|     7025 Marketing | 0.00 |
|     7050 Royalty Expense | 0.00 |
|     7060 Training Expenses | 0.00 |
|   **Total 7000 Franchise Fees** | $ 0.00 |
|   7300 Rent & Lease | 77,734.23 |
|   **7400 Utilities** | |
|     7410 Water | 3,220.60 |
|     7420 Gas/CO2 | 0.00 |
|     7445 Cable/Internet | 465.94 |
|   **Total 7400 Utilities** | $ 3,686.54 |
|   **7800 Repairs & Maintenance** | |
|     7811 Pest Control | 0.00 |
|     7816 General Repairs | 3,169.58 |
|   **Total 7800 Repairs & Maintenance** | $ 3,169.58 |
|   7820 Automobile | 1,305.34 |
|   7950 Office Supplies & Software | 0.00 |

| | | |
|---|---:|---:|
| **7955 Equipment & Supplies** | | 702.35 |
| **8000 Ask My Accountant** | | 0.00 |
| **8010 Travel** | | 0.00 |
| **8100 Bank Charges & Fees** | | |
|    8110 Credit Card Fees | | 0.00 |
|    8112 Merchant Services | | 0.00 |
|    8115 Bank Fees | | 0.00 |
| **Total 8100 Bank Charges & Fees** | $ | **0.00** |
| **8150 Cash Over / Under** | | 0.00 |
| **8200 Equipment Rental** | | 0.00 |
|    8201 Ice Machine Rental | | 0.00 |
| **Total 8200 Equipment Rental** | $ | **0.00** |
| **8650 Trash / Waste Removal** | | 500.00 |
| **8830 Miscellaneous Expense** | | 3,683.75 |
| **8835 Delivery** | | 0.00 |
| **8850 Legal & Professional Services** | | |
|    8851 Legal | | 0.00 |
| **Total 8850 Legal & Professional Services** | $ | **0.00** |
|    QuickBooks Payments Fees | | 0.00 |
|    Unapplied Cash Bill Payment Expense | | 0.00 |
| **Sales Tax December 2021** | | 32,557.22 |
| **Total Expenses** | $ | **328,975.64** |
| **Net Operating Income** | -$ | **164,422.08** |
| **Other Income** | | |
|    9100 Other Miscellaneous Income | | 0.00 |
| **Total Other Income** | $ | **0.00** |
| **Net Other Income** | $ | **0.00** |
| **Net Income** | -$ | **164,422.08** |

| **Rents Due for January 2022** | | | | **Sales Tax Due for December 2021** | | |
|---|---|---|---|---|---|---|
| HOU | TX-0978 | $6,223.71 | | HOU | TX-0774 | $3,253.12 |
| HOU | TX-1607 | $7,316.88 | | HOU | TX-0978 | $6,399.14 |
| HOU | TX-1379 | $2,200.00 | | HOU | TX-1379 | $2,367.30 |
| HOU | TX-1750 | $6,888.22 | | HOU | TX-1607 | $3,511.88 |
| HOU | TX-0774 | $5,430.09 | | HOU | TX-1750 | $2,916.24 |
| HOU | TX-2030 | $4,708.00 | | HOU | TX-1899 | $0.00 |
| HOU | TX-2034 | $5,000.00 | | HOU | TX-2030 | $169.72 |
| HOU | TX-1899 | $4,192.36 | | HOU | TX-2034 | $3,467.46 |
| **HOU TOTAL RENT DUE JAN** | | **$41,959.26** | | **SALES TAX DUE HOU** | | **$22,084.86** |
| DFW | TX-0003 | $4,300.00 | | DFW | TX-0003 | $2,181.04 |
| DFW | TX-0087 | $9,154.25 | | DFW | TX-0087 | $2,697.53 |
| DFW | TX-0347 | $3,532.00 | | DFW | TX-0347 | $1,298.52 |
| DFW | TX-0426 | $7,259.00 | | DFW | TX-0426 | $902.59 |
| DFW | TX-1748 | $5,891.03 | | DFW | TX-0675 | $1,429.30 |
| DFW | TX-0675 | $5,638.69 | | DFW | TX-1748 | $1,963.38 |
| **DFW TOTAL RENT DUE JAN** | | **$35,774.97** | | **SALES TAX DUE DFW** | | **$10,472.36** |
| **TOTAL RENT** | | **$77,734.23** | | **Total Sales Tax Due** | | **$32,557.22** |

| **Payroll Due W/E 1-2-2022** | | | **ESTIMATED Payroll Due W/E 12-19-2021** | |
|---|---|---|---|---|
| Payroll | $93,422.98 | | Payroll | $94,238.00 |
| Employer Taxes | $8,382.42 | | Employer Taxes | $8,479.27 |
| ADP Processing Fee | $556.98 | | ADP Processing Fee | $556.98 |
| **TOTAL PAYROLL** | **$102,362.38** | | **TOTAL PAYROLL** | **$103,274.25** |

| FOOD INVOICES DUE | | | VENDOR INVOICES DUE | | |
|---|---|---|---|---|---|
| USFOODS | W/E 12-30-2021 | $17,692.75 | ALL PONTS PARTS | Equipment Repairs | $3,169.58 |
| STEWART FOODS | W/E 12-18-2021 | $38,822.80 | TCS DRAIN | Greas Trap | $500.00 |
| STEWART FOODS | W/E 12-24-2021 | $28,375.55 | Grand Praire Water | | $162.18 |
| STEWART FOODS | W/E 1-7-2021 | $36,387.39 | Brothers Produce | Produce | $702.35 |
| STEWART FOODS | W/E 1-14-2021 | $32,867.19 | Cozzini Brothers | Knife Service | $161.84 |
| | | | Triple D Uniforms | | $439.38 |
| | **TOTAL FOOD** | **$154,145.68** | Snag-A-Job | | $211.53 |
| | | | Addison Water | | $839.01 |
| | | | Kleinwood MUD | Water/Sewer | $1,323.41 |
| | | | Comcast | TX-2030 | $465.94 |
| | | | Barri Financial | Payroll Check | $2,060.00 |
| | | | Amtrust Nort | W/C Installment | $811.00 |
| | | | Fuel Man | Fuel Auto | $1,305.34 |
| | | | Spring Water | | $896.00 |
| | | | | **Total Invoices** | **$13,047.56** |

| | | |
|---|---|---|
| **Total Cash Requested** | | **$483,121.32** |