|  | Amounts | AP | % |
|---|---|---|---|
| US Foods | $ 349,000.00 | $ 5,597.20 | 0.223888 |
| Forward Financing | $ 103,500.00 | $ 1,659.91 | 0.066397 |
| Fox Capital | $ 150,750.00 | $ 2,417.70 | 0.096708 |
| Everest Business | $ 232,825.00 | $ 3,734.00 | 0.14936 |
| Roc Funding | $ 175,200.00 | $ 2,809.82 | 0.112393 |
| CloudFund | $ 170,729.00 | $ 2,738.12 | 0.109525 |
| Overnight Capital | $ 166,786.00 | $ 2,674.88 | 0.106995 |
| Wynwood Capital | $ 158,506.00 | $ 2,542.09 | 0.101684 |
| Spark Funding | $ 51,520.00 | $ 826.27 | 0.033051 |
|  | $ 1,558,816.00 | $ 25,000.00 | 0.016038 |

# EXHIBIT B

| Proposed AP Payments | |
|---|---:|
| $ | 5,200.00 |
| $ | 1,650.00 |
| $ | 2,400.00 |
| $ | 3,600.00 |
| $ | 2,800.00 |
| $ | 2,700.00 |
| $ | 2,600.00 |
| $ | 2,500.00 |
| $ | 800.00 |
| | |
| $ | 24,250.00 |