# EXHIBIT A

| Provider | Type | Store Number | Account Number | Estimated 9 Month Monthly Avg | Proposed Deposit |
|---|---|---|---|---:|---:|
| | | Main | 100070744722 | | |
| TXU | Electric | TX-0978 | | 1,323.97 | 330.99 |
| TXU | Electric | TX-1607 | | 839.98 | 210.00 |
| TXU | Electric | TX-2034 | | 1,631.59 | 407.90 |
| TXU | Electric | TX-2034 | | 79.29 | 19.82 |
| TXU | Electric | TX-1379 | INCLUDED WITH RENT | 0.00 | 0.00 |
| TXU | Electric | TX-0774 | | 1,184.64 | 296.16 |
| TXU | Electric | TD-1750 | | 795.65 | 198.91 |
| TXU | Electric | TX-1899 | FOOD TRUCK | 0.00 | 0.00 |
| TXU | Electric | TX-2030 | OPENING JAN 2022 | 0.00 | 0.00 |
| TXU | Electric | TX-0003 | | 997.39 | 249.35 |
| TXU | Electric | TX-1748 | | 742.77 | 185.69 |
| TXU | Electric | TX-0347 | | 731.64 | 182.91 |
| TXU | Electric | TX-0087 | | 1,001.63 | 250.41 |
| TXU | Electric | TX-0675 | | 678.81 | 169.70 |
| | | | | | |
| | | | | | |
| CoServ | Electric | TX-0426 | 9001471787 | 1,456.65 | 364.16 |

| Provider | Type | Store Number | Account Number | Estimated 9 Month Monthly Avg | Proposed Deposit |
|---|---|---|---|---|---|
| Kleinwood MUD | Water | TX-0774 | 159075 | 380.8 | 95.20 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| Town of Addison | Water | TX-0087 |  | 473.42 | 118.36 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| City of Grand Prairie | Water | TX-0003 | 300644-053811 | 162.18 | 40.55 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| Provider | Type | Store Number | Account Number | Estimated 9 Month Monthly Avg | Proposed Deposit |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| Centerpoint | Gas | TX-0978 | 006400023769-9 | 308.54 | 77.14 |
| Centerpoint | Gas | TX-1607 | 006402376470-3 | 137.30 | 34.33 |
| Centerpoint | Gas | TX-2034 | 006402386649-0 | 504.29 | 126.07 |
| Centerpoint | Gas | TX-2030 | NEW ACCOUNT | 0.00 | 0.00 |
| Centerpoint | Gas | TX-1750 | 006402468665-7 | 214.82 | 53.71 |
| | | | | | |
| | | | | | |
| Atmos Energy | Gas | TX-1748 | 4041143339 | 307.32 | 76.83 |
| Atmos Energy | Gas | TX-0087 | 4041444764 | 399.06 | 99.77 |
| Atmos Energy | Gas | TX-0347 | 4040760683 | 325.05 | 81.26 |
| Atmos Energy | Gas | TX-0003 | 4041143375 | 357.00 | 89.25 |
| Atmos Energy | Gas | TX-0675 | | | |
| | | | | | |
| Kleinwood MUD | Water | TX-0774 | 159075 | 380.8 | 95.20 |
| | | | | | |
| | | | | | |
| | | | | | |
| Town of Addison | Water | TX-0087 | | 473.42 | 118.36 |
| | | | | | |
| | | | | | |

| Provider | Type | Store Number | Account Number | Estimated 9 Month Monthly Avg | Proposed Deposit |
|---|---|---|---|---:|---:|
| Comcast | | | | | |
| | | **Store Number** | | | |
| Comcast | Cable/Internet/Phone | TX-2034 | 8777 70 211 1395724 | 536.97 | 134.24 |
| Comcast | Cable/Internet/Phone | TX-1607 | 8777 70 141 0902818 | 356.30 | 89.08 |
| Comcast | Cable/Internet/Phone | TX-0978 | 8777 70 213 1907839 | 359.14 | 89.79 |
| Comcast | Cable/Internet/Phone | TX-1379 | 8777 70 321 1961621 | 344.73 | 86.18 |
| Comcast | Cable/Internet/Phone | TX-1750 | 8777 70 171 0366169 | 369.09 | 92.27 |
| Comcast | Cable/Internet/Phone | TX-0774 | 8777 70 512 0203789 | 348.31 | 87.08 |
| Comcast | Cable/Internet/Phone | TX-2030 | Waiting on Acct Number | 350.00 | 87.50 |
| Spectrum | Cable/Internet/Phone | TX-0087 | 8260130050619397 | 152.62 | 38.16 |
| Spectrum | Cable/Internet/Phone | TX-1748 | 8246100340496251 | 152.53 | 38.13 |
| Spectrum | Cable/Internet/Phone | TX-0347 | 8246100030330216 | 363.82 | 90.96 |
| Spectrum | Cable/Internet/Phone | TX-0003 | 8260130232706633 | 454.44 | 113.61 |
| Spectrum | Cable/Internet/Phone | TX-0675 | 8260130380247299 | 498.17 | 124.54 |
| | | | | | |
| | | | | | |
| AT&T | Cable/Internet/Phone | TX-0426 | | | |