**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Smokinkwr LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-33989** |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**                                                                          **$9,247.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Checking Accounts-See Attached List** | **Checking account** | __ __ __ __ | ($39,115.30) |

4. **Other cash equivalents**      *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **($29,868.30)**

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor   **Smokinkwr LLC**                                                 Case number (if known)   **21-33989**
         Name

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1.   **See attached List of Security Deposits** _____   $29,103.71

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**                                                              | $29,103.71 |
Add lines 7 through 8.  Copy the total to line 81.

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

                                                                          Current value of
                                                                          debtor's interest

**11. Accounts receivable**

11a.  90 days old or less:   **$208,391.54**   –   **$0.00**                =  .............. →   $208,391.54
                             face amount         doubtful or uncollectible accounts

11b.  Over 90 days old:      **$0.00**   –   **$0.00**                      =  .............. →   $0.00
                             face amount         doubtful or uncollectible accounts

**12. Total of Part 3**                                                              | $208,391.54 |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

                                                      Valuation method          Current value of
                                                      used for current value    debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                        % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

**17. Total of Part 4**                                                              | $0.00 |
Add lines 14 through 16.  Copy the total to line 83.

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

*DS*
*BMH*

Debtor   **Smokinkwr LLC**
_____   Case number (if known)   **21-33989**
       Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| **Store Inventory-See Attached** | | | **Debtor's Estimate** | **$62,688.56** |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

**$62,688.56**

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  _Examples:_ Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

**$0.00**

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

DS
BMH

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|
| | Name | | |

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Restaurant Machinery & Equipment: $485,642.99** **Furniture & Fixtures: $201,825.00** | | | |
| **See Attached List** | | **Debtor's Estiamte** | **$687,467.99** |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$687,467.99

*BMH*

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|
| | Name | | |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
- ☑ No
- ☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ☑ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | Store 0978<br>6184 Hwy 6 N, Houston, TX 77084 | Commercial Lease | $0.00 | Debtor's Estimate | $0.00 |
| 55.2. | Store 1607<br>11401 Broadway St, #107, Pearland, TX 77584 | Commercial Lease | $0.00 | Debtor's Estimate | $0.00 |
| 55.3. | Store 2034<br>17045 Stuebner Airline Rd, Spring, TX 77379 | Commercial Lease | $0.00 | Debtor's Estimate | $0.00 |
| 55.4. | Store 1379<br>9440 Shady Dr, Houston, TX 77016 | Commercial Lease | $0.00 | Debtor's Estimate | $0.00 |
| 55.5. | Store 0774<br>532 Kingwood Dr, Kingwood, TX 77339 | Commercial Lease | $0.00 | Debtor's Estimate | $0.00 |
| 55.6. | Store 0003<br>2469 Dalworth St, Grand Prairie, TX 75050 | Commercial Lease | $0.00 | Debtor's Estimate | $0.00 |
| 55.7. | Store 0347<br>251 SW Wilshire Blvd, #126, Burleson, TX 76028 | Commercial Lease | $0.00 | Debtor's Estimate | $0.00 |
| 55.8. | Store 1748<br>3807 E Broad St, Mansfield, TX 76063 | Commercial Lease | $0.00 | Debtor's Estimate | $0.00 |
| 55.9. | Store 1750<br>6608 Gulf Fwy, #700, La Marque, TX 77568 | Commercial Lease | $0.00 | Debtor's Estimate | $0.00 |
| 55.10. | Store 0087<br>3711 Belt Line Rd, Addison, TX 75001 | Commercial Lease | $0.00 | Debtor's Estimate | $0.00 |
| 55.11. | Store 0426<br>6065 Sports Village Rd, Frisco, TX 75033 | Commercial Lease | $0.00 | Debtor's Estimate | $0.00 |

*BMH*

Debtor    **Smokinkwr LLC**                                    Case number (if known)   **21-33989**
_____
Name

55.12. **Store 2030**
**5832 Fairdale Lane, Houston, TX**
**77057** _____ **Commercial Lease** _____ $0.00  **Debtor's Estimate** _____ $0.00

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    | $0.00 |

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 10:** | **Intangibles and Intellectual Property** |
|---|---|

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.  Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.    | $0.00 |

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

DS
BMH

Debtor    **Smokinkwr LLC**                                                Case number (if known)    **21-33989**
      Name

                                                        **Current value of
debtor's interest**

**71.  Notes receivable**

     Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.  Other contingent and unliquidated claims or causes of action of every nature,
     including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**
     Add lines 71 through 77.  Copy the total to line 90.                                  **$0.00**

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor    **Smokinkwr LLC**                                    Case number (if known)   **21-33989**
          Name

---

**Part 12:** **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($29,868.30) | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $29,103.71 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $208,391.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $62,688.56 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $687,467.99 | |
| 88. **Real property.** *Copy line 56, Part 9* ..........................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $957,783.50 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ....................................................................... | | | **$957,783.50**

# SMOKINKWR LLC dba DICKEYS BARBECUE PIT
## Bank Accounts

| Account # | Account | Last 4 digits | Type | Detail type | Description | Balance |
|---|---|---|---|---|---|---|
| 1000 | Susser Bank Main Operating | 2764 | Bank | Checking | | 2,194.34 |
| 1100 | Chase Main Operating (5695) | 5695 | Bank | Checking | | -42,700.80 |
| 1105 | Payroll Chase Bank | 0722 | Bank | Checking | | 0.00 |
| 1106 | Payroll Susser Bank | 3473 | Bank | Checking | | -2,878.88 |
| 1110 | CHASE BUS PREM SAV (3723) | 3723 | Bank | Savings | | 7.18 |
| 1115 | TX-0774 Kingwood Chase | 6303 | Bank | Checking | | 0.00 |
| 1120 | TX-0978 Hwy 6 Chase | 1152 | Bank | Checking | | 0.00 |
| 1125 | TX-1379 Shady Chase | 0698 | Bank | Checking | | 0.00 |
| 1130 | TX-1607 Pearland Chase | 1160 | Bank | Checking | | 0.00 |
| 1131 | TX-0347 Burleson Chase | 2651 | Bank | Checking | | 0.00 |
| 1132 | TX-0003 Grand Prairie  Chase | 2669 | Bank | Checking | | 0.00 |
| 1133 | TX-1748 Mansfield Chase | 2677 | Bank | Checking | | 0.00 |
| 1134 | TX-0087 Addison Chase | 2685 | Bank | Checking | | 0.00 |
| 1135 | TX-2034 Spring Chase | 0730 | Bank | Checking | | 0.00 |
| 1136 | TX-1750 LaMarque Chase | 2701 | Bank | Checking | | 0.00 |
| 1150 | TX-0978 Hwy 6 Susser | 3499 | Bank | Checking | | 0.00 |
| 1151 | TX-0774 Kingwood Susser | 3739 | Bank | Checking | | 0.00 |
| 1152 | TX-2034 Spring Susser | 3663 | Bank | Checking | | 0.00 |
| 1153 | TX-1607 Pearland Susser | 3689 | Bank | Checking | | 0.00 |
| 1154 | TX-1379 Shady Susser | 3721 | Bank | Checking | | 0.00 |
| 1155 | TX-1750 LaMarque Susser | 3705 | Bank | Checking | | 0.00 |
| 1156 | TX-1748  Mansfield Susser | 3614 | Bank | Checking | | 0.00 |
| 1157 | TX-0087 Addison Susser | 3531 | Bank | Checking | | 0.00 |
| 1158 | TX-0426 Frisco Susser | 3515 | Bank | Checking | | 0.00 |
| 1159 | TX-0347 Burleson Susser | 3788 | Bank | Checking | | 0.00 |
| 1160 | TX-0003 Grand Prairie Susser | 3630 | Bank | Checking | | 0.00 |
| 1161 | TX-1899 Food Truck Susser | 4349 | Bank | Checking | | 0.00 |
| 1162 | TX-2030 Ghost  Susser | 4380 | Bank | Checking | | 0.00 |
| 1163 | Checking-3028 Susser | 3028 | Bank | Checking | | 0.00 |
| 1175 | Petty Cash-Stores Bank | | Bank | Cash on hand | | 9,247.00 |
| | Square Online | | Bank | | | 4,262.86 |
| | | | | | **Total** | **(29,868.30)** |

Saturday, Jan 08, 2022 09:56:50 AM GMT-8

BMH

## Dickeys Barbecue Pit

### 1700 Security Deposits Ending Balance: $29,103.71

| Date | Ref No. | Payee | Memo | Class | Decrease | Increase | Stat | Balance |
|------|---------|-------|------|-------|----------|----------|------|---------|
| | Type | Account | | Store | | | Auto | |
| 08/03/2021 | | Armish LLC | 6th Installment Payment for Rent | TX-0426 Frisco | | $1,037.00 | | $29,103.71 |
| | Expense | 1100 Chase Main Operating (5695) | | | | | | |
| 06/14/2021 | | Armish LLC | 5th Installment for Security Deposit | TX-0426 Frisco | | $1,037.00 | | $28,066.71 |
| | Expense | 1000 Susser Bank Main Operating | | | | | | |
| 04/19/2021 | | Armish LLC | 4th Installment for Security Deposit | TX-0426 Frisco | | $1,037.00 | | $27,029.71 |
| | Expense | 1000 Susser Bank Main Operating | | | | | | |
| 04/12/2021 | | Town of Addison | CONS COLL TOWN OF ADDISON PPD | TX-0087 Addison | | $750.00 | | $25,992.71 |
| | Expense | 1000 Susser Bank Main Operating | | | | | | |
| 03/25/2021 | 0183 | Armish LLC | | TX-0426 Frisco | | $1,037.00 | | $25,242.71 |
| | Bill | 2100 Accounts Payable (A/P) | | | | | | |
| 03/22/2021 | | Remington Addison Plaza, LLC | | TX-0087 Addison | | $1,525.71 | | $24,205.71 |
| | Bill | 2100 Accounts Payable (A/P) | | | | | | |
| 02/27/2021 | 0182 | Armish LLC | Deposit March 2021 | TX-0426 Frisco | | $1,037.00 | | $22,680.00 |
| | Bill | 2100 Accounts Payable (A/P) | | | | | | |
| 01/27/2021 | 0177 | Armish LLC | February 2021 | TX-0426 Frisco | | $1,037.00 | | $21,643.00 |
| | Bill | 2100 Accounts Payable (A/P) | | | | | | |
| 12/28/2020 | 10438 | R.B.A.S Properties III | | TX-0347 Burleson | | $2,900.00 | | $20,606.00 |
| | Check | 1100 Chase Main Operating (5695) | | | | | | |
| 09/23/2020 | 10323 | Theiss Investments LLC | Security Deposit for Dickeys TX2034 | TX-2034 Spring | | $5,000.00 | | $17,706.00 |
| | Check | 1100 Chase Main Operating (5695) | | Dickeys TX-2034 | | | | |
| 08/18/2020 | 10125 | Kleinwood M.U.D. | Water Deposit | TX-2034 Spring | | $700.00 | | $12,706.00 |
| | Check | 1100 Chase Main Operating (5695) | | Dickeys TX-2034 | | | | |
| 07/01/2020 | 5 | TAALVI LLC | Check # 1032 Security Deposit | | | $12,006.00 | | $12,006.00 |
| | Journal | -Split- | | Dickeys TX-1607 | | | | |

## 22. Inventory

# SMOKINKWR LLC
## Store Inventory

## 14-Dec-21

| | |
|---|---|
| TX-0978 | $4,525.38 |
| TX-0774 | $4,898.07 |
| TX-1607 | $4,675.89 |
| TX-1379 | $5,076.56 |
| TX-2030 | $3,689.56 |
| TX-2034 | $8,128.79 |
| TX-1748 | $3,833.92 |
| TX-1750 | $4,141.05 |
| TX-0347 | $3,869.36 |
| TX-0426 | $1,275.25 |
| TX-0087 | $4,143.37 |
| TX-0675 | $4,657.64 |
| TX-0774 | $4,898.07 |
| TX-0003 | $4,125.40 |
| TX-1899 | $750.25 |
| **Total** | **$62,688.56** |

# 50. Restaurant Machinery & Equipment

## SMOKINKWR LLC
## Total Asset List For All Stores

**Section 3 - Machinery & Equipment**

| | | | |
|---|---|---|---:|
| 1 | | Smoker | 124,600.00 |
| 2 | | Hood | 44,000.00 |
| 3 | | Walk-in Refrigerator | 27,500.00 |
| 4 | | Clymate IQ Heated Cab | 31,100.00 |
| 5 | | Nugget Ice Maker | 22,300.00 |
| 6 | | Restaurant Equipment | 180,842.99 |
| 7 | | Serving Line | 31,600.00 |
| 8 | | Beverage Bar | 16,700.00 |
| 9 | | Technology In a Box (TIB) | 7,000.00 |
| | | **Machinery & Equipment (Sub-total)** | **485,642.99** |

**Section 4 - Leasehold Improvements/Misc. Property**

| | | | | |
|---|---|---|---|---:|
| 1 | | Furniture and Fixtures | 2018 | 201,825.00 |
| | | **Leasehold Improvements/Misc. Property** | | **201,825.00** |

| | | | |
|---|---|---|---:|
| | **Total Assests** | | **687,467.99** |

# 50. Restaurant Machinery & Equipment

# TX-0003

**Section 3 - Machinery & Equipment**

| | | | |
|---|---|---|---|
| 1 | Smoker | 2018 | 7,500.00 |
| 2 | Hood | 2018 | 3,500.00 |
| 3 | Walk-in Refrigerator | 2018 | 2,500.00 |
| 4 | Clymate IQ Heated Cab | 2018 | 3,600.00 |
| 5 | Nugget Ice Maker | 2018 | 2,500.00 |
| 6 | Restaurant Equipment | 2018 | 12,500.00 |
| 7 | Serving Line | 2018 | 1,500.00 |
| 8 | Beverage Bar | 2018 | 1,500.00 |
| 9 | Technology In a Box (TIB) | 2018 | 500.00 |
| | **Machinery & Equipment (Sub-total)** | | **35,600.00** |

**Section 4 - Leasehold Improvements/Misc. Property**

| | | | |
|---|---|---|---|
| 1 | Furniture and Fixtures | 2018 | 9,500.00 |
| | **Leasehold Improvements/Misc. Property** | | **9,500.00** |
| | **Total Assests** | | **45,100.00** |

# 50. Restaurant Machinery & Equipment

## TX-0087

**Section 3 - Machinery & Equipment**

| | | | |
|---|---|---|---|
| 1 | Smoker | 2018 | 8,900.00 |
| 2 | Hood | 2018 | 4,500.00 |
| 3 | Walk-in Refrigerator | 2018 | 2,500.00 |
| 4 | Clymate IQ Heated Ca | 2018 | 2,500.00 |
| 5 | Nugget Ice Maker | 2018 | 2,500.00 |
| 6 | Restaurant Equipment | 2018 | 12,000.00 |
| 7 | Serving Line | 2018 | 3,500.00 |
| 8 | Beverage Bar | 2018 | 2,500.00 |
| 9 | Technology In a Box (T | 2018 | 500.00 |
| | **Machinery & Equipment (Sub-total)** | | **39,400.00** |

**Section 4 - Leasehold Improvements/Misc. Property**

| | | | |
|---|---|---|---|
| 1 | Furniture and Fixtures | 2018 | 7,800.00 |
| | **Leasehold Improvements/Misc. Property** | | **7,800.00** |
| | **Total Assests** | | **47,200.00** |

DocuSign Envelope ID: 36B3A933-2753-4535-A7D4-CAA2C1AE777C

# 50. Restaurant Machinery & Equipment

## TX-0347

**Section 3 - Machinery & Equipment**

| | | | |
|---|---|---|---|
| 1 | Smoker | 2018 | 2,500.00 |
| 2 | Hood | 2018 | 2,500.00 |
| 3 | Walk-in Refrigerator | 2018 | 1,500.00 |
| 4 | Clymate IQ Heated Ca | 2018 | 1,500.00 |
| 5 | Nugget Ice Maker | 2018 | 800.00 |
| 6 | Restaurant Equipment | 2018 | 12,500.00 |
| 7 | Serving Line | 2018 | 2,500.00 |
| 8 | Beverage Bar | 2018 | 500.00 |
| 9 | Technology In a Box (T | 2018 | 500.00 |
| | **Machinery & Equipment (Sub-total)** | | **24,800.00** |

**Section 4 - Leasehold Improvements/Misc. Property**

| | | | |
|---|---|---|---|
| 1 | Furniture and Fixtures | 2018 | 7,965.00 |
| | **Leasehold Improvements/Misc. Property** | | **7,965.00** |

| | | |
|---|---|---|
| **Total Assests** | | **32,765.00** |



# 50. Restaurant Machinery & Equipment

## TX-0426

**Section 3 - Machinery & Equipment**

| | | | |
|---|---|---|---|
| 1 | Smoker | 2018 | 7,500.00 |
| 2 | Hood | 2018 | 4,500.00 |
| 3 | Walk-in Refrigerator | 2018 | 2,500.00 |
| 4 | Clymate IQ Heated Cab | 2018 | 1,500.00 |
| 5 | Nugget Ice Maker | 2018 | 1,500.00 |
| 6 | Restaurant Equipment | 2018 | 12,500.00 |
| 7 | Serving Line | 2018 | 3,600.00 |
| 8 | Beverage Bar | 2018 | 1,500.00 |
| 9 | Technology In a Box (TIB | 2018 | 500.00 |
| | **Machinery & Equipment (Sub-total)** | | **35,600.00** |

**Section 4 - Leasehold Improvements/Misc. Property**

| | | | |
|---|---|---|---|
| 1 | Furniture and Fixtures | 2018 | 8,500.00 |
| | **Leasehold Improvements/Misc. Property** | | **8,500.00** |
| | **Total Assests** | | **44,100.00** |

# 50. Restaurant Machinery & Equipment

## TX-0675

### Section 3 - Machinery & Equipment

| | | | |
|---|---|---|---|
| 1 | Smoker | 2018 | 7,800.00 |
| 2 | Hood | 2018 | 2,500.00 |
| 3 | Walk-in Refrigerator | 2018 | 2,500.00 |
| 4 | Clymate IQ Heated Ca | 2018 | 1,500.00 |
| 5 | Nugget Ice Maker | 2018 | 1,500.00 |
| 6 | Restaurant Equipment | 2018 | 12,500.00 |
| 7 | Serving Line | 2018 | 1,500.00 |
| 8 | Beverage Bar | 2018 | 1,200.00 |
| 9 | Technology In a Box (T | 2018 | 500.00 |
| | **Machinery & Equipment (Sub-total)** | | **31,500.00** |

### Section 4 - Leasehold Improvements/Misc. Property

| | | | |
|---|---|---|---|
| 1 | Furniture and Fixtures | 2018 | 15,650.00 |
| | **Leasehold Improvements/Misc. Property** | | **15,650.00** |
| | **Total Assests** | | **47,150.00** |

BMH

# 50. Restaurant Machinery & Equipment

## TX-0774

**Section 3 - Machinery & Equipment**

| | | | |
|---|---|---|---|
| 1 | Smoker | 2018 | 7,500.00 |
| 2 | Hood | 2018 | 5,400.00 |
| 3 | Walk-in Refrigerator | 2018 | 2,500.00 |
| 4 | Clymate IQ Heated Ca | 2018 | 1,500.00 |
| 5 | Nugget Ice Maker | 2018 | 1,500.00 |
| 6 | Restaurant Equipment | 2018 | 8,500.00 |
| 7 | Serving Line | 2018 | 3,500.00 |
| 8 | Beverage Bar | 2018 | 1,500.00 |
| 9 | Technology In a Box (T | 2018 | 500.00 |
| | **Machinery & Equipment (Sub-total)** | | **32,400.00** |

**Section 4 - Leasehold Improvements/Misc. Property**

| | | | |
|---|---|---|---|
| 1 | Furniture and Fixtures | 2018 | 9,800.00 |
| | **Leasehold Improvements/Misc. Property** | | **9,800.00** |

| | | |
|---|---|---|
| **Total Assests** | | **42,200.00** |

BMH

# 50. Restaurant Machinery & Equipment

## TX-0978

### Section 3 - Machinery & Equipment

| | | | |
|---|---|---|---|
| 1 | Smoker | 2018 | 12,500.00 |
| 2 | Hood | 2018 | 5,200.00 |
| 3 | Walk-in Refrigerator | 2018 | 2,500.00 |
| 4 | Clymate IQ Heated Ca | 2018 | 1,500.00 |
| 5 | Nugget Ice Maker | 2018 | - |
| 6 | Restaurant Equipment | 2018 | 11,500.00 |
| 7 | Serving Line | 2018 | 500.00 |
| 8 | Beverage Bar | 2018 | 500.00 |
| 9 | Technology In a Box (T | 2018 | 500.00 |
| | **Machinery & Equipment (Sub-total)** | | **34,700.00** |

### Section 4 - Leasehold Improvements/Misc. Property

| | | | |
|---|---|---|---|
| 1 | Furniture and Fixtures | 2018 | 26,520.00 |
| | **Leasehold Improvements/Misc. Property** | | **11,500.00** |
| | | | |
| | **Total Assests** | | **46,200.00** |

DocuSign Envelope ID: 36B3A933-2752-4535-A7D4-CA42C1AF777C

# 50. Restaurant Machinery & Equipment

## TX-1379

### Section 3 - Machinery & Equipment

| | | | |
|---|---|---|---|
| 1 | Smoker | 2018 | 7,800.00 |
| 2 | Hood | 2018 | 5,400.00 |
| 3 | Walk-in Refrigerator | 2018 | 3,500.00 |
| 4 | Clymate IQ Heated Ca | 2018 | 1,500.00 |
| 5 | Nugget Ice Maker | 2018 | - |
| 6 | Restaurant Equipment | 2018 | 7,800.00 |
| 7 | Serving Line | 2018 | 3,500.00 |
| 8 | Beverage Bar | 2018 | - |
| 9 | Technology In a Box (T | 2018 | 500.00 |
| | **Machinery & Equipment (Sub-total)** | | **30,000.00** |

### Section 4 - Leasehold Improvements/Misc. Property

| | | | |
|---|---|---|---|
| 1 | Furniture and Fixtures | 2018 | 7,500.00 |
| | **Leasehold Improvements/Misc. Property** | | **7,500.00** |
| | **Total Assests** | | **37,500.00** |

DocuSign Envelope ID: 36B3A933-2752-4535-97D4-CAA2C1AE777C

# 50. Restaurant Machinery & Equipment

## TX-1607

**Section 3 - Machinery & Equipment**

| | | | |
|---|---|---|---|
| 1 | Smoker | 2018 | 9,800.00 |
| 2 | Hood | 2018 | 3,500.00 |
| 3 | Walk-in Refrigerator | 2018 | 2,500.00 |
| 4 | Clymate IQ Heated Ca | 2018 | 1,500.00 |
| 5 | Nugget Ice Maker | 2018 | 3,000.00 |
| 6 | Restaurant Equipment | 2018 | 18,442.99 |
| 7 | Serving Line | 2018 | 3,500.00 |
| 8 | Beverage Bar | 2018 | 1,500.00 |
| 9 | Technology In a Box (T | 2018 | 500.00 |
| | **Machinery & Equipment (Sub-total)** | | **44,242.99** |

**Section 4 - Leasehold Improvements/Misc. Property**

| | | | |
|---|---|---|---|
| 1 | Furniture and Fixtures | 2018 | 15,500.00 |
| | **Leasehold Improvements/Misc. Property** | | **15,500.00** |

| | | |
|---|---|---|
| **Total Assests** | | **59,742.99** |

BMH

# 50. Restaurant Machinery & Equipment

## TX-1748

**Section 3 - Machinery & Equipment**

| | | | |
|---|---|---|---|
| 1 | Smoker | 2018 | 12,000.00 |
| 2 | Hood | 2018 | 3,500.00 |
| 3 | Walk-in Refrigerator | 2018 | 2,500.00 |
| 4 | Clymate IQ Heated Ca | 2018 | 1,500.00 |
| 5 | Nugget Ice Maker | 2018 | 1,500.00 |
| 6 | Restaurant Equipment | 2018 | 8,600.00 |
| 7 | Serving Line | 2018 | 3,500.00 |
| 8 | Beverage Bar | 2018 | 1,500.00 |
| 9 | Technology In a Box (T | 2018 | 500.00 |
| | **Machinery & Equipment (Sub-total)** | | **35,100.00** |

**Section 4 - Leasehold Improvements/Misc. Property**

| | | | |
|---|---|---|---|
| 1 | Furniture and Fixtures | 2018 | 12,600.00 |
| | **Leasehold Improvements/Misc. Property** | | **12,600.00** |

| | |
|---|---|
| **Total Assests** | **47,700.00** |

BMH

# 50. Restaurant Machinery & Equipment

## TX-1750

**Section 3 - Machinery & Equipment**

| | | | |
|---|---|---|---|
| 1 | Smoker | 2018 | 7,800.00 |
| 2 | Hood | 2018 | 3,500.00 |
| 3 | Walk-in Refrigerator | 2018 | 2,500.00 |
| 4 | Clymate IQ Heated Ca | 2018 | 3,000.00 |
| 5 | Nugget Ice Maker | 2018 | 3,000.00 |
| 6 | Restaurant Equipment | 2018 | 7,500.00 |
| 7 | Serving Line | 2018 | 4,500.00 |
| 8 | Beverage Bar | 2018 | 1,500.00 |
| 9 | Technology In a Box (T | 2018 | 500.00 |
| | **Machinery & Equipment (Sub-total)** | | **33,800.00** |

**Section 4 - Leasehold Improvements/Misc. Property**

| | | | |
|---|---|---|---|
| 1 | Furniture and Fixtures | 2018 | 18,590.00 |
| | **Leasehold Improvements/Misc. Property** | | **18,590.00** |
| | **Total Assests** | | **52,390.00** |

# 50. Restaurant Machinery & Equipment

## TX-2030

**Section 3 - Machinery & Equipment**

| | | | |
|---|---|---|---|
| 1 | Smoker | 2018 | 9,000.00 |
| 2 | Hood | 2018 | - |
| 3 | Walk-in Refrigerator | 2018 | - |
| 4 | Clymate IQ Heated Ca | 2018 | 3,000.00 |
| 5 | Nugget Ice Maker | 2018 | 1,500.00 |
| 6 | Restaurant Equipment | 2018 | 8,500.00 |
| 7 | Serving Line | 2018 | - |
| 8 | Beverage Bar | 2018 | - |
| 9 | Technology In a Box (T | 2018 | 500.00 |
| | **Machinery & Equipment (Sub-total)** | | **22,500.00** |

**Section 4 - Leasehold Improvements/Misc. Property**

| | | | |
|---|---|---|---|
| 1 | Furniture and Fixtures | 2018 | 8,900.00 |
| | **Leasehold Improvements/Misc. Property** | | **8,900.00** |
| | **Total Assests** | | **31,400.00** |

BMH

# 50. Restaurant Machinery & Equipment

## TX-2034

**Section 3 - Machinery & Equipment**

| | | | |
|---|---|---|---|
| 1 | Smoker | 2018 | 12,000.00 |
| 2 | Hood | 2018 | - |
| 3 | Walk-in Refrigerator | 2018 | - |
| 4 | Clymate IQ Heated Ca | 2018 | 3,500.00 |
| 5 | Nugget Ice Maker | 2018 | 1,500.00 |
| 6 | Restaurant Equipment | 2018 | 24,000.00 |
| 7 | Serving Line | 2018 | - |
| 8 | Beverage Bar | 2018 | 1,500.00 |
| 9 | Technology In a Box (T | 2018 | 500.00 |
| | **Machinery & Equipment (Sub-total)** | | **43,000.00** |

**Section 4 - Leasehold Improvements/Misc. Property**

| | | | |
|---|---|---|---|
| 1 | Furniture and Fixtures | 2018 | 26,500.00 |
| | **Leasehold Improvements/Misc. Property** | | **26,500.00** |
| | **Total Assests** | | **69,500.00** |

BMH

DocuSign Envelope ID: 36B3A033-2752-455E-A7D4-CAA2C1AE77C0

---

**Fill in this information to identify the case:**

Debtor name **Smokinkwr LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **21-33989**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

---

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name**<br>Bell County | **Describe debtor's property that is subject to a lien** | $467.71 | $0.00 |
| --- | --- | --- | --- |

**Creditor's mailing address**
c/o McCreary, Veselka, Bragg & Allen
P.O. Box 1269

Round Rock     TX    78680-1269

**Creditor's email address, if known**

**Date debt was incurred**    2021

**Last 4 digits of account number**    1  0  6  7

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**INVENTORY, FURNITURE, EQUIPMENT, BBQ**

**Describe the lien**
Statutory Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**11824 FM 2305, Belton, Texas 76513-5434**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,646,808.03

*DS*
BMH

DocuSign Envelope ID: 36B3A033-2752-45FE-A7D4-CAA2C1AF77C6

| Debtor | Smokinkwr LLC | | Case number (if known) | 21-33989 |

| Part 1: | Additional Page | | | Column A | Column B |
|---|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

---

**2.2**

**Creditor's name**
Brazoria County Tax Assessor-Collecto

**Creditor's mailing address**
c/o Michael J. Darlow

Purdue Brandon Fielder Collins

1235 North Loop West #600

Houston          TX     77008

**Creditor's email address, if known**
mdarlow@pbfcm.com

**Date debt was incurred**    2021

**Last 4 digits of account number**    0  0  2  2

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
FURN FIXT EQUIP INV OTHER PERSONAL

**Describe the lien**
Property Taxes / Statutory Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,786.16**   **$20,000.00**

---

**2.3**

**Creditor's name**
City of Waco & Waco ISD

**Creditor's mailing address**
c/o McCreary, Veselka, Bragg & Allen, P

P.O. Box 1269

Round Rock          TX     78680-1269

**Creditor's email address, if known**
tleday@mvbalaw.com

**Date debt was incurred**    2021

**Last 4 digits of account number**    7  8  5  0

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
MERCH INV, SUP, FFE

**Describe the lien**
Statutory Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$1,172.96**   **$0.00**

---

**3840 Eagles Nest Trl, Burleson, Texas 76028-3643**

BMA
DS

| Debtor | Smokinkwr LLC | Case number (if known) | 21-33989 |

| **Part 1:** | **Additional Page** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**2.4**

| **Creditor's name**<br>**Cloud Fund LLC** | **Describe debtor's property that is subject to a lien** | $170,729.00 | $958,548.09 |

**Creditor's mailing address**
**400 Rella Blvd, #165-101**

**Accounts Receivables, Equipment**

**Describe the lien**

**Agreement**

Suffern          NY    10901

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred     **10/6/2021**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

For Card Account Receivables held by Chase Merchant Bank: 1) US FOODS INC; 2) Everest Business Funding; 3) Fox Capital Group Inc; 4) Roc Funding Group; 5) Cloud Fund LLC; 6) Overnight Capital; 7) Forward Financing, LLC; 8) Wynwood Capital Group LLC; 9) Spark Funding LLC.  For Credit Card Accounts Receivables held by GrubHub : 1) US FOODS INC; 2) Everest Business Funding; 3) Fox Capital Group Inc; 4) Roc Funding Group; 5) Cloud Fund LLC; 6) Overnight Capital; 7) Forward Financing, LLC; 8) Wynwood Capital Group LLC; 9) Spark Funding LLC.  For Credit Card Accounts Receivables held by DoorDash, Inc: 1) US FOODS INC; 2) Everest Business Funding; 3) Fox Capital Group Inc; 4) Roc Funding Group; 5) Cloud Fund LLC; 6) Overnight Capital; 7) Forward Financing, LLC; 8) Wynwood Capital Group LLC; 9) Spark Funding LLC.  For Credit Card Account Receivables held by Square Merchant Serv: 1) US FOODS INC; 2) Everest Business Funding; 3) Fox Capital Group Inc; 4) Roc Funding Group; 5) Cloud Fund LLC; 6) Overnight Capital; 7) Forward Financing, LLC; 8) Wynwood Capital Group LLC; 9) Spark Funding LLC.  For Store Inventory-See Attached: 1) US FOODS INC; 2) Fox Capital Group Inc; 3) Roc Funding Group; 4) Cloud Fund LLC; 5) Overnight Capital; 6) Forward Financing, LLC; 7) Spark Funding LLC.  For Restaurant Machinery & Equipment: $485,642.99 Furniture & Fiextures: $201,825.00  See Attached List: 1) US FOODS INC; 2) Fox Capital Group Inc; 3) Roc Funding Group; 4) Cloud Fund LLC; 5) Overnight Capital; 6) Forward Financing, LLC; 7) Spark Funding LLC.

☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**2.5** Creditor's name
**Collin County Tax Assessor**

Creditor's mailing address
**2300 Bloomdale Rd. Ste 2324**

**McKinney        TX    75071**

Creditor's email address, if known

Date debt was incurred   **2021**

Last 4 digits of account number    **5  6  5  1**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Business Personal Property**

Describe the lien
**Property Taxes / Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,725.06        $79,885.00

**2.6** Creditor's name
**Cypress-Fairbanks ISD Tax Collector**

Creditor's mailing address
**10494 Jones Rd #106**

**Houston        TX    77065**

Creditor's email address, if known

Date debt was incurred   **2015-2021**

Last 4 digits of account number    **5  9  7  1**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Business Personal Property**
**CMP F&F INV M&E**

Describe the lien
**Property Taxes / Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,906.96        $10,000.00

**6184 Highway 6 N Store**

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|--------|-------------------|------------------------|--------------|

| **Part 1:** | **Additional Page** | Column A | Column B |
|-------------|---------------------|----------|----------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.7**

Creditor's name
**Dallas County Tax Office**

Creditor's mailing address
**PO Box 139066**

**Dallas            TX      75313-9066**

Creditor's email address, if known

Date debt was incurred     **Various**

Last 4 digits of account number     **0   0   0   0**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Business Personal Property**

Describe the lien
**Property Taxes / Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,164.54**     **$20,000.00**

---

**2.8**

Creditor's name
**Dallas County Tax Office**

Creditor's mailing address
**PO Box 139066**

**Dallas            TX      75313-9066**

Creditor's email address, if known

Date debt was incurred     **Various**

Last 4 digits of account number     **8   1   9   4**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Business Personal Property**

Describe the lien
**Property Taxes / Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,800.63**     **$20,000.00**

DS
BMH

Official Form 206D        **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**        page 5

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |

**2.9** Creditor's name
**Everest Business Funding**

Creditor's mailing address
**5 West 37th St, #110**

**New York            NY    10018**

Creditor's email address, if known

Date debt was incurred      **8/2/2021**

Last 4 digits of account number      _ _ _ _ _ _ _ _

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines  **2.4**

Describe debtor's property that is subject to a lien

**Accounts Receivables**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

|  | **$232,825.00** | **$208,391.54** |

**2.10** Creditor's name
**Forward Financing, LLC**

Creditor's mailing address
**53 State St, 20th Floor**

**Boston            MA    02109**

Creditor's email address, if known

Date debt was incurred      **10/13/2021**

Last 4 digits of account number      _ _ _ _ _ _ _ _

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines  **2.4**

Describe debtor's property that is subject to a lien

**Accounts Receivables, Equipment, Inventory10**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

|  | **$120,000.00** | **$958,548.09** |

*BMH* (DS)

DocuSign Envelope ID: 36B3A033-2752-45F5-A7D4-CAA2C1AF77C9

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|

**2.11**

| Creditor's name | | |
|---|---|---|
| **Fox Capital Group Inc** | | |

Describe debtor's property that is subject to a lien
**$150,750.00**  **$958,548.09**

Creditor's mailing address
**140 BROADWAY, 46TH FL**

**Accounts Receivable, Equipment, Inventory**

Describe the lien

**Merchant Cash Advance / Agreement**

**NEW YORK          NY    10005**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred     **8/20/2021**

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines **2.4**

**2.12**

| Creditor's name | | |
|---|---|---|
| **Galveston County Tax Assessor** | | |

Describe debtor's property that is subject to a lien
**$1,770.40**  **$20,000.00**

Creditor's mailing address
**600 59th St**

**BUSINESS PERSONAL PROPERTY-INV, SUP &**

Describe the lien

**Property Taxes / Statutory Lien**

**Galveston          TX    77551**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred     **2021**

Last 4 digits of account number        **9   0   7   5**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

*DS*
*BMH*

| Debtor | **Smokinkwr LLC** | Case number (if known) **21-33989** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.13**

| Creditor's name | Describe debtor's property that is subject to a lien | $600.50 | $0.00 |
|---|---|---|---|
| **Hardin County** | **FF&E** | | |

Creditor's mailing address
**c/o McCreary, Veselka, Bragg & Allen**

**P.O. Box 1269**

Describe the lien

**Statutory Lien**

**Round Rock        TX    78680-1269**

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred    **2021**

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number        **0   0   0   0**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**795 S Main St Ste B, Lumberton, Texas 77657-7380**

**2.14**

| Creditor's name | Describe debtor's property that is subject to a lien | $14,896.25 | $50,000.00 |
|---|---|---|---|
| **Harris County** | **Business Personal Property** | | |

Creditor's mailing address
**c/o Linebarger Goggan Blair & Sampson**

**PO Box 3064**

Describe the lien

**Taxes / Statutory Lien**

**Houston        TX    77253-3064**

Creditor's email address, if known
**houston_bankruptcy@publicans. com**

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred    **Various**

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

*BMH*

Debtor   **Smokinkwr LLC**                                    Case number (if known) **21-33989**

| | | |
|---|---|---|
| **Part 1:** | **Additional Page** | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.15**

Creditor's name
**Harris County MUD #102**

Creditor's mailing address
**c/o Carl O. Sandin**

**1235 North Loop West**

_____

**Houston            TX    77008**

Creditor's email address, if known

_____

Date debt was incurred        **Various**

Last 4 digits of account
number            **8   5   6   0**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is subject to a lien

**Business Personal Property**

Describe the lien

**Property Taxes / Statutory Lien**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

                              **$2,812.69**      **$20,000.00**

**2.16**

Creditor's name
**Henderson County**

Creditor's mailing address
**c/o McCreary, Veselka, Bragg & Allen**

**P.O. Box 1269**

_____

**Round Rock            TX    78680-1269**

Creditor's email address, if known
**tleday@mvbalaw.com**

Date debt was incurred        **2021**

Last 4 digits of account
number            **9   0   1   0**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is subject to a lien

**BUSINESS PERSONAL PROPERTY**

Describe the lien

**Statutory Lien**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

                                **$754.47**        **$0.00**

**220 S PALESTINE**

*BMH*

| Debtor | Smokinkwr LLC | Case number (if known) 21-33989 |

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

**2.17** Creditor's name
**Johnson County Tax Assessor**

Creditor's mailing address
**PO Box 75**

**Cleburne        TX    76033**

Creditor's email address, if known

Date debt was incurred    **2020-2021**

Last 4 digits of account number    **7  5  8  4**

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Business Personal Property**

Describe the lien
**Property Taxes / Statutory Lien**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$2,242.56**   Value of collateral: **$20,000.00**

**2.18** Creditor's name
**Midland Central Appraisal District**

Creditor's mailing address
**c/o McCreary, Veselka, Bragg & Allen, P**
**P.O. Box 1269**

**Round Rock        TX    78680-1269**

Creditor's email address, if known
**tleday@mvbalaw.com**

Date debt was incurred    **2021**

Last 4 digits of account number    **6  3  3  7**

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**FURNITURE & FIXTURES, MACHINERY & EQUIPMENT**

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$2,709.28**   Value of collateral: **$0.00**

Midland County:
-2212 Rankin Hwy (2021: $1,216.39)
-5210 Wadley (2021: $544.17)
-600 W Wadley (2021: $948.72)

| Debtor | Smokinkwr LLC | | Case number (if known) | 21-33989 |
|---|---|---|---|---|

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**2.19**

| **Creditor's name** | **Describe debtor's property that is** | | |
|---|---|---|---|
| Montgomery County | **subject to a lien** | $27,484.72 | $0.00 |

**Creditor's mailing address**
c/o Linebarger Goggan Blair & Sampson

**Inv/Furn/Fixt/Equip**

PO Box 3064

**Describe the lien**
**Ad Valrem Taxes / Statutory Lien**

_____

**Is the creditor an insider or related party?**

| Houston | TX | 77253-3064 |
|---|---|---|

☒ No

☐ Yes

**Creditor's email address, if known**
houston_bankruptcy@lgbs.com

**Is anyone else liable on this claim?**

☒ No

| **Date debt was incurred** | Various |
|---|---|

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☐ Unliquidated

☒ No

☐ Disputed

☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines  _____

**Stores:**
**1216 N Loop W #M (2015-2017: $11,967.15)**
**10700 Kuykendahl, Rd #A (2021: $662)**
**25919 I-45 N #A (2014: $7,159.56)**
**2222 Rayford Rd #105 (2020: $4,633.47; 2021: $2,989.36)**
**22510 Hwy 59 S (2021: $358.36)**

DS
BMH

| Debtor | **Smokinkwr LLC** | | Case number (if known) **21-33989** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

---

**2.20**

**Creditor's name**
**Overnight Capital**

**Creditor's mailing address**
**124-17 Metorpolitian Captial Group, Inc**

_____

**New Gardens          NY    11415**

**Creditor's email address, if known**

_____

**Date debt was incurred       10/6/2021**

**Last 4 digits of account
number**            ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes.  Have you already specified the
          relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is
    specified on lines  **2.4**

**Describe debtor's property that is
subject to a lien**

**Accounts Receivables, Equipment, Inventory**

**Describe the lien**

**Agreement**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**$166,786.00** | **$958,548.09**

---

**2.21**

**Creditor's name**
**Roc Funding Group**

**Creditor's mailing address**
**1437 Richmond Rd**

_____

**Staten Island          NY    10304**

**Creditor's email address, if known**

_____

**Date debt was incurred       9/22/2021**

**Last 4 digits of account
number**            ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes.  Have you already specified the
          relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is
    specified on lines  **2.4**

**Describe debtor's property that is
subject to a lien**

**Accounts Receivables, Equipment, Inventory**

**Describe the lien**

**Agreement**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**$168,254.00** | **$958,548.09**

DS
BMH

Debtor   **Smokinkwr LLC**                                      Case number (if known)  **21-33989**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.22**

Creditor's name
**Spark Funding LLC**

Creditor's mailing address
**dba Fundamental Capital**

**100 Garden City Plaza, #410**

_____

**Garden City        NY    11530**

Creditor's email address, if known

_____

Date debt was incurred   **10/29/2021**

Last 4 digits of account
number   ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes. Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including this
creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is
specified on lines **2.4**

Describe debtor's property that is
subject to a lien

**Accounts Receivables, Equipment, Inventory**

Describe the lien

**Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$51,520.00        $958,548.09

**2.23**

Creditor's name
**Tarrant County Tax Assessor**

Creditor's mailing address
**100 E Weatherford**

_____

**Ft Worth          TX   76196**

Creditor's email address, if known

_____

Date debt was incurred   **Various**

Last 4 digits of account
number   **1   4   5   9**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
specified on lines  _____

Describe debtor's property that is
subject to a lien

**Restaurant Machinery & Equipment**

Describe the lien

**Property Taxes**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,417.15        $50,000.00

DS
BMH

DocuSign Envelope ID: 36B3A033-2752-45F5-A7D4-CAA2C1AF77FC

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |

| **Part 1:** | **Additional Page** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |

---

**2.24** Creditor's name
**US FOODS INC**

Describe debtor's property that is subject to a lien
**Accounts, Goods, Inventory, Equipment, Fixtures, V**

| **$350,000.00** | **$958,548.09** |

Creditor's mailing address
**PO BOX 840396**

Describe the lien
**Food Supplier / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

**DALLAS          TX    75284-0396**

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **7/6/2021**

Last 4 digits of account number    **1  9  9  2**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines  **2.4**

---

**2.25** Creditor's name
**Williamson County**

Describe debtor's property that is subject to a lien
**BUSINESS PERSONAL PROPERTY**

| **$725.99** | **$0.00** |

Creditor's mailing address
**c/o McCreary, Veselka, Bragg & Allen, P**

**PO Box 1269**

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Round Rock          TX    78680-1269**

Creditor's email address, if known
**tleday@mvbalaw.com**

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **2021**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines  _____

---

**Store in Williamson County:**
**661 LOUIS HENNA BLVD #330**



DocuSign Envelope ID: 36B3A033-2752-457E-A7D4-CAA2C1AE77ZG

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.26**

**Creditor's name**
**Wynwood Capital Group LLC**

**Describe debtor's property that is subject to a lien**

$158,506.00          $208,391.54

**Creditor's mailing address**
**20200 W Dixie Highway**

**Accounts Receivables**

**Describe the lien**

**Merchant Cash Advance / Agreement**

**Miami             FL      33180**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred      11/18/2021**

**Last 4 digits of account number            ___ ___ ___ ___**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines **2.4**

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |

<table>
<tr><td>**Part 2:**</td><td>**List Others to Be Notified for a Debt Already Listed in Part 1**</td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Amy Dunn**<br>**500 Lovett Blvd, Ste 225**<br><br>**Houston** **TX** **77006** | Line **2.21** | ___ ___ ___ ___ |
| **Brandon J. Gibbons**<br>**PADFIELD & STOUT, L.L.P**<br>**420 Throckmorton St, Ste 1210**<br>**Fort Worth** **TX** **76102** | Line **2.9** | ___ ___ ___ ___ |
| **Brian L. Shaw**<br>**Cozen O'Connor**<br>**123 North Wacker Drive, Suite 1800**<br>**Chicago** **IL** **60606** | Line **2.24** | ___ ___ ___ ___ |
| **Gene W. Rosen**<br>**Gene Rosen's Law Firm**<br>**200 Garden City Plaza, Ste 405**<br>**Garden City** **NY** **11530** | Line **2.26** | ___ ___ ___ ___ |
| **Joe Lieberman**<br>**Lieberman and Klestzick, LLP**<br>**71 S. Central Ave, Suite 200**<br>**Valley Stream** **NY** **11580** | Line **2.11** | ___ ___ ___ ___ |
| **Keith Wier**<br>**MAURICE WUTSCHER, LLP**<br>**5851 Legacy Circle, Suite 600**<br>**Plano** **TX** **75024** | Line **2.22** | ___ ___ ___ ___ |

Debtor  **Smokinkwr LLC**                                         Case number (if known) **21-33989**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 -- Continuation Page |
| --- | --- |

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- | --- | --- |
| **Linebarger Goggan Blair & Sampson, LLP** | | | Line __2.19__ | ___ ___ ___ ___ |
| **PO Box 3064** | | | | |
| | | | | |
| **Houston** | **TX** | **77253-3064** | | |
| **Linebarger Goggan Blair & Sampson, LLP** | | | Line __2.6__ | ___ ___ ___ ___ |
| **PO Box 3064** | | | | |
| | | | | |
| **Houston** | **TX** | **77253-3064** | | |
| **Marla S. Benedek** | | | Line __2.24__ | ___ ___ ___ ___ |
| **Cozen O'Connor** | | | | |
| **1201 N. Market St., Ste 1001** | | | | |
| **Wilmington** | **DE** | **19801** | | |
| **Owen M. Sonik** | | | Line __2.2__ | ___ ___ ___ ___ |
| **Perdue, Brandon, Fielder, Collins** | | | | |
| **1235 North Loop West, #600** | | | | |
| **Houston** | **TX** | **77008** | | |
| **Shanna M. Kaminski** | | | Line __2.11__ | ___ ___ ___ ___ |
| **Kaminski Law, PLLC** | | | | |
| **PO Box 725220** | | | | |
| **Berkley** | **MI** | **48072** | | |



<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor | **Smokinkwr LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-33989** |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐  No. Go to Part 2.
   ☑  Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 7346**

| | | |
|---|---|---|
| **Philadelphia** | **PA** | **19101-7346** |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**1040 Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **Unknown**          Priority amount: **Unknown**

**2.2**   Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**PO Box 12548**

**MC-008**

| | | |
|---|---|---|
| **Austin** | **TX** | **78711** |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **Unknown**          Priority amount: **Unknown**

*DS*
*BMH*

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
| --- | --- | --- | --- |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |

**3.1** **Nonpriority creditor's name and mailing address**

Alert 360

2448 East 81st St, Ste 4200

Tulsa                           OK      74137

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Burglar Alarm

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$7,048.72**

**3.2** **Nonpriority creditor's name and mailing address**

Amrinder LLC

10600 Fondren Rd

Houston                        TX      77096

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$5,000.00**

**3.3** **Nonpriority creditor's name and mailing address**

ARC STX

1st Source Restaurant Services, Inc

665 E Jones St

Lewisville                     TX      75057

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Merchandise

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$7,117.00**

**3.4** **Nonpriority creditor's name and mailing address**

Armish LLC

1221 Saint Emilion

Southlake                      TX      76092

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$12,000.00**

_BMH_ —DS

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** Nonpriority creditor's name and mailing address

**AT&T**

**PO BOX 5014**

**Carol Stream**          IL          **60197-5014**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Telephone**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$1,200.00**

---

**3.6** Nonpriority creditor's name and mailing address

**AW Billing Services LLC**

**4431 N Dixie Highway**

**Boca Raton**          FL          **33431**

Date or dates debt was incurred

Last 4 digits of account number          5   5   8   6

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$1,348.00**

---

**3.7** Nonpriority creditor's name and mailing address

**Barri Financial Group**

**9800 Centre Pkwy**

**Collections Desk**

**Houston**          TX          **77036**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Retruned Checks**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$10,359.00**

---

**3.8** Nonpriority creditor's name and mailing address

**Brian Michael Hubbard**

**2124 Rope Maker Rd**

**Conroe**          TX          **77384**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Investment in Debtor**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Unknown**

---

DS
BMH

DocuSign Envelope ID: 36B3A033-2752-45F5-A7D4-CAA2C1AE777C

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9** **Nonpriority creditor's name and mailing address**

**Brothers Produce**

**PO Box 1207**

**Frinedswood**          **TX**     **77549**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Produce**

Is the claim subject to offset?
☑ No
☐ Yes

**$748.18**

---

**3.10** **Nonpriority creditor's name and mailing address**

**Cantu Fire Safety**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Equipment**

Is the claim subject to offset?
☑ No
☐ Yes

**$435.00**

---

**3.11** **Nonpriority creditor's name and mailing address**

**Champion Energy**

**PO BOX 4190**

**Houston, TX 772210-4190**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,500.00**

---

**3.12** **Nonpriority creditor's name and mailing address**

**ChemMark of Dallas**

**8290 FM 2727**

**Terrell**          **TX**     **75161**

Date or dates debt was incurred

Last 4 digits of account number      1  1  7  4

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sanitation Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,974.00**

---

DS
BMH

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,877.00** |
|---|---|---|---|

**ChemMark of Houston**

**6531 Petropark Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Houston | TX | 77041 |
|---|---|---|

Basis for the claim: **Sanitation Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$100.00** |
|---|---|---|---|

**Cirro Energy**

**PO Box 2229**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Houston | TX | 77252-2229 |
|---|---|---|

Basis for the claim: **Utilities**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,128.90** |
|---|---|---|---|

**City of Houston**

**Burglar Alarm Administration**

**PO Box 203887**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Houston | TX | 77216-3887 |
|---|---|---|

Basis for the claim: **Burglar Alarm**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    1    5    8    2

| **3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,391.00** |
|---|---|---|---|

**Coca-Cola North America**

**PO BOX 102703**

☐ Contingent
☐ Unliquidated
☐ Disputed

| ATLANTA | GA | 30368 |
|---|---|---|

Basis for the claim: **Beverage Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    8    6    3    4

*DS*
*BMH*

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.17** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Coca-Cola Southwest Beverages LLC**

**PO Box:744010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**ATLANTA**　　　　　　**GA**　　**30384-4010**

**Beverage Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| **3.18** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$3,200.00**

**Comet Signs**

**PO Box 2229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Houston**　　　　　　**TX**　　**77252-2229**

**Signs**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| **3.19** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$15,000.00**

**Divvy**

**13707 S 200 W Suite 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Draper**　　　　　　**UT**　　**84020**

**Merchandise**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| **3.20** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$4,092.00**

**DoorDash, Inc.**

**303 2nd Street**

**South Tower**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**San Francisco**　　　　**CA**　　**94107**

**Delivery Service**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

DS
BMH

| Debtor | **Smokinkwr LLC** | | Case number (if known) | **21-33989** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,000.00** |

**Fluid Solutions**

**PO BOX 1978**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Mansfield**  TX  **76063**  **Services**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$951.00** |

**Form Center**

**231 Croton Ave**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Cortlandt Manor**  NY  **10567**  **Bank Check Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  4  2  9  2

---

| **3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$427.00** |

**Greenlight Services Inc**

**PO Box 1813**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Cypress**  TX  **77410**  **Windows Cleaning**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  5  7  2  3

---

| **3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$750.00** |

**Harris County Alarm Detail**

**9418 Jensen Drive, Suite A**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Houston**  TX  **77093-6821**  **Alarm Service**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

DS
*BMH*

Debtor    **Smokinkwr LLC**                                          Case number (if known)   **21-33989**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**Info-Hold Inc DBA United Media Solution**

**4120 Airport Road**

**Cincinnati**                     **OH**    **45226**

Date or dates debt was incurred  _____

Last 4 digits of account number   **Q   4   2   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Digital Signature Equipment**

Is the claim subject to offset?
☑ No
☐ Yes

**$100.00**

---

| 3.26 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**JPMorgan Chase Bank NA**

**s/b/m/t Chase Bank USA, NA**

**c/o Robertson, Anschutz & Schneid**

**6409 Congress Ave, #100**

**Boca Raton**                     **FL**    **33487**

Date or dates debt was incurred  **11/9/2021**

Last 4 digits of account number   **8   4   1   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,944.73**

---

| 3.27 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**Keter Environmental Services**

**PO BOX 417468B**

**Boston**                     **MA**    **02241-7468**

Date or dates debt was incurred  _____

Last 4 digits of account number   **5   0   0   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Waste Disposal**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,071.00**

---

| 3.28 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**Metro Linen Service**

**PO Box 978**

**McKinney**                     **TX**    **75070**

Date or dates debt was incurred  _____

Last 4 digits of account number   **0   0   0   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Linen Service**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,446.00**

DS
BMH

DocuSign Envelope ID: 36B3A033-2752-455E-A7D4-CAA2C1AE77CO

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$11,640.00** |
|---|---|---|---|

**Patrice & Associates Franchising**

**3140 W Ward Rd #202**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dunkirk** | **MD** | **20754** |

Basis for the claim:
**Employee Recruiter**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$17,450.13** |
|---|---|---|---|

**PLS Check Cashiers of Texas, LP**

**800 Jorie Blvd, #200**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Oak Brook** | **IL** | **60523** |

Basis for the claim:
**Returned Checks**

Date or dates debt was incurred      **11/9/2021**

Last 4 digits of account number      **2   7   0   9**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,059.38** |
|---|---|---|---|

**RGI BUILDING MAINTENANCE, LLC**

**d/b/a GOLD STAR SERVICES**

**PO BOX 544**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **SUGAR LAND** | **TX** | **77487** |

Basis for the claim:
**Building Maintenace**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**12/16/21 Call from Sherry at Gold Star, re: Amount Owed**

---

| **3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$21,412.80** |
|---|---|---|---|

**Smokey Bites**

**c/o Patterson, Boyd Lowery**

**1201 Louisiana**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77002** |

Basis for the claim:
**Merchandise**

Date or dates debt was incurred

Last 4 digits of account number      **d   c   o   m**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**TAALVI LLC**

**3221 West 4th St**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Ft Worth**          **TX**      **76107**          **Rent**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___  ___  ___  ___          ☑ No          ☐ Yes

| **3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tony Hubbard**

**2124 Rope Maker Rd**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Conroe**          **TX**      **77384**          **Investment in Debtor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___  ___  ___  ___          ☑ No          ☐ Yes

| **3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|

**TXU ENERGY**

**P.O. BOX 650638**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**DALLAS**          **TX**      **75265-0638**          **Utilities**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number   **4**   **7**   **2**   **2**          ☑ No          ☐ Yes

| **3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**United Media Solution**

**4120 Airport Rd**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Cincinnati**          **OH**      **45226**          **Equipment**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___  ___  ___  ___          ☑ No          ☐ Yes

*BMH*

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address |
|---|---|

**Yellow Dog Software**

**965 Norfold Square**

| **Norfolk** | **VA** | **23502** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number       __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Software Vendor**

Is the claim subject to offset?

☑ No
☐ Yes

$4,394.00

DS
BMH

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 11

Debtor      **Smokinkwr LLC**                                           Case number (if known)   **21-33989**

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
| --- | --- |

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
      listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
   are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
| --- | --- | --- | --- |
| 4.1 | **Mike Smiley** | Line _____ | __ __ __ __ |
| | **Underwood Law Firm, PC** | ☑ Not listed.  Explain: | |
| | **PO Box 9158** | **Attorney for Hickman Investments** | |
| | | **& HCRE** | |
| | **Amarillo          TX      79105-9158** | | |
| 4.2 | **William C. Boyd** | Line  **3.32** | __ __ __ __ |
| | **Patterson, Boyd Lowery** | ☐ Not listed.  Explain: | |
| | **1201 Louisiana** | | |
| | | | |
| | **Houston          TX      77002** | | |

Debtor    **Smokinkwr LLC**                                    Case number (if known)   **21-33989**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|   |   | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$211,664.84** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$211,664.84** |

| Fill in this information to identify the case: |
|---|
| Debtor name **Smokinkwr LLC** |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) **21-33989**          Chapter **11** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐   No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑   Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease of Store 1379 at 9440 Shady Dr, Houston, Harris County, TX 77016 Contract to be ASSUMED | **Arminder LLC** |
|---|---|---|---|
| | | | **10101 Southwest Fwy, #200** |
| | State the term remaining | 9/1/2025 | |
| | List the contract number of any government contract | | **Houston          TX      77074** |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease of Store 0426 at 6065 Sports Village Rd, Frisco, Collin County, TX 75033 Contract to be ASSUMED | **Armish LLC** |
|---|---|---|---|
| | | | **c/o Gurmeet Kang, Manager** |
| | | | **1221 Saint Emilion** |
| | State the term remaining | 12/31/2021 | |
| | List the contract number of any government contract | | **Southlake          TX      76092** |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Lease: Store 0978: 6184 Hwy 6 N, Houston, Harris County, TX 77084 Contract to be ASSUMED | **Brixmor Property Group** |
|---|---|---|---|
| | | | **c/o Norma Aleman** |
| | | | **450 Lexington Ave, 13th Floor** |
| | State the term remaining | 1/31/2028 | |
| | List the contract number of any government contract | | **New York          NY      10017** |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Food Truck Lease Contract to be ASSUMED | **Food Truck** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |



DocuSign Envelope ID: 3683A033-2752-45FE-A7D4-CAA2C1AE77C0

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.5**

State what the contract or lease is for and the nature of the debtor's interest
**Store #1748 Lease at Lowe's Shopping Center, 3807 E. Broad Street, Suite 125, Mansfield, Tarrant County, Texas**
**Contract to be ASSUMED**

Hickman Investments, Ltd

HCRE, LLC

131 E Exchange Ave, #207

State the term remaining   **12/17/2025**

List the contract number of any government contract

Fort Worth                    TX        76164

**2.6**

State what the contract or lease is for and the nature of the debtor's interest
**Lease of Store 0774 532 Kingwood Dr, Kingwood, Harris County, TX 77339**
**Contract to be ASSUMED**

KRG Kingwood Commons, LLC

32689 Collections Center Dr

Chicago, IL 60693-03268

State the term remaining   **10/7/2025**

List the contract number of any government contract

**2.7**

State what the contract or lease is for and the nature of the debtor's interest
**Lease of Store 0003 at 2469 Dalworth St, Grand Prairie, Dallas County, TX 75050**
**Contract to be ASSUMED**

Lil Smokies, LLC

c/o Dale Blackburn

2108 Shoreline Circle

State the term remaining   **12/31/2030**

List the contract number of any government contract

Abilene                       TX        78602

**2.8**

State what the contract or lease is for and the nature of the debtor's interest
**Store 0347 Lease of Suite 126, 251 SW Wilshire Blvd., Burleson, Johnson County, Texas 76028**
**Contract to be ASSUMED**

RBAS Properties III

6200 Southwest Blvd

State the term remaining   **12/15/2025**

List the contract number of any government contract

Fort Worth                    TX        76109

**2.9**

State what the contract or lease is for and the nature of the debtor's interest
**Lease of Store 0087 at 3711 Belt Line Rd, Addison, Dallas County, TX 75001**
**Contract to be ASSUMED**

Remington Addison Plaza, LLC

8901 Governors Row

State the term remaining   **March 31, 2026**

List the contract number of any government contract

Dallas                        TX        75247



DocuSign Envelope ID: 36B3A033-2752-45E5-A7D4-CAA2C1AE77C6

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Ice Machine, etc<br>Contract to be ASSUMED | Store Equipment Leases |
|---|---|---|---|
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Lease of Store 1607 located at 11401 Broadway St, #107, Pearland, Brazoria County, TX 77584<br>Contract to be ASSUMED | Taalvi LLC<br>5680 Hwy 6, #112 |
| | State the term remaining | 3/1/2028 | |
| | List the contract number of any government contract | | Missouri City            TX        77459 |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Insurance<br>Contract to be ASSUMED | The Hartford<br>P O Box 660916Dallas, TX 75266-0916 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas                       TX        75266-0916 |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Lease of Store 2034 at 17045 Stuebner Airline Rd, Spring, Harris County, TX 77379<br>Contract to be ASSUMED | Theiss Investments LLC<br>c/o Edward Jones<br>ATTN: Jessica Jones<br>1400 Woodloch Forest Dr, #530 |
| | State the term remaining | 1/30/2026 | |
| | List the contract number of any government contract | | The Woodlands            TX        77380 |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Lease of Store 1750 6608 Gulf Fwy, # 700, La Marque, Galveston County, TX 77568<br>Contract to be ASSUMED | Weitzman Real Estate Services<br>c/o Alisha Santos<br>1800 Bering Dr, Ste 550 |
| | State the term remaining | 5/8/2028 | |
| | List the contract number of any government contract | | Houston                     TX        77057 |



**Fill in this information to identify the case:**

Debtor name    **Smokinkwr LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    **21-33989**
(if known)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  Brian Michael Hubbard | 2124 Rope Maker Rd<br>Number    Street<br><br>Conroe    TX   77384<br>City    State  ZIP Code | Wynwood Capital Group LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  Brian Michael Hubbard | 2124 Rope Maker Rd<br>Number    Street<br><br>Conroe    TX   77384<br>City    State  ZIP Code | Everest Business Funding | ☑ D<br>☐ E/F<br>☐ G |
| 2.3  Brian Michael Hubbard | 2124 Rope Maker Rd<br>Number    Street<br><br>Conroe    TX   77384<br>City    State  ZIP Code | Fox Capital Group Inc | ☑ D<br>☐ E/F<br>☐ G |
| 2.4  Brian Michael Hubbard | 2124 Rope Maker Rd<br>Number    Street<br><br>Conroe    TX   77384<br>City    State  ZIP Code | Roc Funding Group | ☑ D<br>☐ E/F<br>☐ G |

DS
BMH

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|

**█ Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.5 | Brian Michael Hubbard | 2124 Rope Maker Rd<br>Number    Street<br><br>Conroe    TX   77384<br>City    State  ZIP Code | Cloud Fund LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Brian Michael Hubbard | 2124 Rope Maker Rd<br>Number    Street<br><br>Conroe    TX   77384<br>City    State  ZIP Code | Overnight Capital | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 | Brian Michael Hubbard | 2124 Rope Maker Rd<br>Number    Street<br><br>Conroe    TX   77384<br>City    State  ZIP Code | Forward Financing, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Brian Michael Hubbard | 2124 Rope Maker Rd<br>Number    Street<br><br>Conroe    TX   77384<br>City    State  ZIP Code | Wynwood Capital Group LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | Brian Michael Hubbard | 2124 Rope Maker Rd<br>Number    Street<br><br>Conroe    TX   77384<br>City    State  ZIP Code | Spark Funding LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | Brian Michael Hubbard | 2124 Rope Maker Rd<br>Number    Street<br><br>Conroe    TX   77384<br>City    State  ZIP Code | US FOODS INC | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | Brian Michael Hubbard | 2124 Rope Maker Rd<br>Number    Street<br><br>Conroe    TX   77384<br>City    State  ZIP Code | Arminder LLC | ☐ D<br>☐ E/F<br>☑ G |

*BMH (DS)*

Debtor   **Smokinkwr LLC**                                      Case number (if known)   **21-33989**

| **Additional Page if Debtor Has More Codebtors** |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
|---|---|---|---|---|

**2.12  Brian Michael Hubbard**

2124 Rope Maker Rd
Number      Street

Conroe          TX    77384
City               State   ZIP Code

**Armish LLC**

☐ D
☐ E/F
☑ G

**2.13  Brian Michael Hubbard**

2124 Rope Maker Rd
Number      Street

Conroe          TX    77384
City               State   ZIP Code

**Brixmor Property Group**

☐ D
☐ E/F
☑ G

**2.14  Brian Michael Hubbard**

2124 Rope Maker Rd
Number      Street

Conroe          TX    77384
City               State   ZIP Code

**Hickman Investments, Ltd**

☐ D
☐ E/F
☑ G

**2.15  Brian Michael Hubbard**

2124 Rope Maker Rd
Number      Street

Conroe          TX    77384
City               State   ZIP Code

**KRG Kingwood Commons, LLC**

☐ D
☐ E/F
☑ G

**2.16  Brian Michael Hubbard**

2124 Rope Maker Rd
Number      Street

Conroe          TX    77384
City               State   ZIP Code

**Lil Smokies, LLC**

☐ D
☐ E/F
☑ G

**2.17  Brian Michael Hubbard**

2124 Rope Maker Rd
Number      Street

Conroe          TX    77384
City               State   ZIP Code

**RBAS Properties III**

☐ D
☐ E/F
☑ G

**2.18  Brian Michael Hubbard**

2124 Rope Maker Rd
Number      Street

Conroe          TX    77384
City               State   ZIP Code

**Remington Addison Plaza, LLC**

☐ D
☐ E/F
☑ G

DS
BMH

Debtor  **Smokinkwr LLC**                                    Case number (if known) __21-33989__

| **Additional Page if Debtor Has More Codebtors** |
| --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
| --- | --- |

| | Name | Mailing address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| **2.19** | Brian Michael Hubbard | **2124 Rope Maker Rd**<br>Number      Street<br><br>**Conroe**            **TX**   **77384**<br>City                State   ZIP Code | **Store Equipment Leases** | ☐ D<br>☐ E/F<br>☑ G |
| **2.20** | Brian Michael Hubbard | **2124 Rope Maker Rd**<br>Number      Street<br><br>**Conroe**            **TX**   **77384**<br>City                State   ZIP Code | **Taalvi LLC** | ☐ D<br>☐ E/F<br>☑ G |
| **2.21** | Brian Michael Hubbard | **2124 Rope Maker Rd**<br>Number      Street<br><br>**Conroe**            **TX**   **77384**<br>City                State   ZIP Code | **Weitzman Real Estate Services** | ☐ D<br>☐ E/F<br>☑ G |

DS
BMH

Official Form 206H                    Schedule H: Codebtors                              page 4

**Fill in this information to identify the case:**

Debtor Name __**Smokinkwr LLC**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number (if known): __**21-33989**__

☐ Check if this is an amended filing

Official Form 206Sum
===

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    **1a.** **Real property:**
    Copy line 88 from Schedule A/B.............................................................................. | **$0.00** |

    **1b.** **Total personal property:**
    Copy line 91A from Schedule A/B........................................................................... | **$957,783.50** |

    **1c.** **Total of all property**
    Copy line 92 from Schedule A/B............................................................................. | **$957,783.50** |

| Part 2: | Summary of Liabilities |
|---|---|

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... **$1,646,808.03**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a.** **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F................................ **$0.00**

    **3b.** **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............. **+ $211,664.84**

**4.** **Total liabilities**
Lines 2 + 3a + 3b........................................................................................................... **$1,858,472.87**



**Fill in this information to identify the case and this filing:**

Debtor Name      **Smokinkwr LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number        **21-33989**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/20/2022
              MM / DD / YYYY

X  *Brian M. Hubbard*
   Signature of individual signing on behalf of debtor

   **Brian M. Hubbard**
   Printed name

   **Sole Member and Managing Member**
   Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Smokinkwr LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-33989** |

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2021**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$5,146,534.93** |
| For prior year: | From **06/01/2020**<br>MM / DD / YYYY | to | **12/31/2020**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$345,754.00** |
| For the year before that: | From **06/01/2019**<br>MM / DD / YYYY | to | **05/31/2020**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2021**<br>MM / DD / YYYY | to | Filing date | _____ | _____ |
| For prior year: | From **01/01/2020**<br>MM / DD / YYYY | to | **12/31/2020**<br>MM / DD / YYYY | _____ | _____ |
| For the year before that: | From **01/01/2019**<br>MM / DD / YYYY | to | **12/31/2019**<br>MM / DD / YYYY | _____ | _____ |



| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|--------|-------------------|------------------------|--------------|
|        | Name              |                        |              |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| | | | | Check all that apply |
| 3.1. | **Will Amend Later** | | _____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City           State    ZIP Code | | | ☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3: Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Fox Capital Group, Inc v. Smokinkwr LLC et al** | **Suit on Merchant Capital Asset Contract** | **Supreme Court of NY State, Kings Cou** | ☑ Pending |
| | | | Name | |
| | | | **360 Adams St** | ☐ On appeal |
| | | | Street | |
| | | | **Kings County Civic Center** | ☐ Concluded |
| | **Case number** | | | |
| | **530740/2021** | | **Brooklyn          NY    11201** | |
| | | | City             State  ZIP Code | |

*BMH*

DocuSign Envelope ID: 36B3A033-2752-45FE-A7D4-CAA2C1AE777C

| Debtor | **Smokinkwr LLC** | | Case number (if known) | **21-33989** |
|--------|-------------------|--|------------------------|--------------|
| | Name | | | |

|  | Case title | Nature of case | Court or agency's name and address | Status of case |
|----|-----------|----------------|-----------------------------------|----------------|
| 7.2. | **ROC Funding Group LLC v. Smokinkwr LLC et al** | **Suit on Merchant Capital Asset Contract** | **Supreme Court of NY State-Ontario Co**<br>Name<br><br>**27 North Main St**<br>Street<br><br>**Ontario County Courthouse** | ☒ Pending<br><br>☐ On appeal<br><br>☐ Concluded |
| | Case number<br>**131105-2021** | | **Canandaiqua        NY        14424**<br>City                    State    ZIP Code | |
| 7.3. | **Wynwood Capital Group LLC v. Smokinkwr LLC et al** | **Suit on Merchant Capital Asset Agreement** | **Supreme Court of NY State-Nassau Co**<br>Name<br><br>**100 Supreme Court Dr**<br>Street | ☒ Pending<br><br>☐ On appeal<br><br>☐ Concluded |
| | Case number<br>**614655-2021** | | **Mineola        NY        11501**<br>City            State    ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---------|------------------------------------------------|

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

---

| Part 5: | **Certain Losses** |
|---------|--------------------|

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| **Smoker Fire: Will Amend** | | | |

BMH

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|
| | Name | | |

| Part 6: | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Thomas F. Jones III** | | **12/82021** | **$6,000.00** |

**Address**

**1770 St James Place, #105**
Street

_____

| **Houston** | **TX** | **77056** |
|---|---|---|
| City | State | ZIP Code |

**Email or website address**
**tfjpacer@gmailc.com**

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor **Smokinkwr LLC**
Name

Case number (if known) **21-33989**

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

DocuSign Envelope ID: 36B3A033-2752-455E-A7D4-CAA2C1AE777C

Debtor   **Smokinkwr LLC**                                        Case number (if known)   **21-33989**
_____Name_____

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None



| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|
| | Name | | |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1. | **Wenah A. San Diego** | | From **2020** To **Present** |
| | Name | | |
| | **16310 Tomball Pkwy., Ste 204** | | |
| | Street | | |
| | | | |
| | **Houston** | **TX** **77064** | |
| | City | State ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.1. | **Tony Hubbard** | | From **6/1/2021** To **Present** |
| | Name | | |
| | **2124 Rope Maker Rd** | | |
| | Street | | |
| | | | |
| | **Conroe** | **TX** **77384** | |
| | City | State ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian Hubbard | 2124 Rope Maker Rd<br>Conroe, TX 77384 | Sole Manager / Sole Owner | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

BMH

DocuSign Envelope ID: 36B3A033-2752-45FE-A7D4-CAA2C1AF777C

Debtor   **Smokinkwr LLC**                                                Case number (if known)   **21-33989**
         Name

**30.**  **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.**  **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.**  **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/20/2022
              MM / DD / YYYY

X   *Brian M. Hubbard*                                            Printed name   **Brian M. Hubbard**
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor   **Sole Member and Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes