IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re: § Case no. 21-33989
Smokinkwr LLC § Chapter 11
    Debtor-in-Possession §

**DEBTOR'S STATUS REPORT PURSUANT TO 11 U.S.C. §1188(c)**

TO THE HONORABLE UNTIED STATES BANKRUPTCY JUDGE:

Debtor-in-Possession Smokinkwr LLC ("Smokinkwr") represents:

1. Smokinkwr filed this chapter 11 bankruptcy on December 14, 2021. Smokinkwr remains in possession of its assets. On December 15, 2021, the United States Trustee filed ECF 5, stating that Brandon Singh is the Subchapter V Trustee.

2. This Status Report is filed pursuant to 11 USC §1188 (c) which provides:

    The debtor shall file with the Court and serve on the Trustee and all parties in interest a report that details the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization.

3. The Debtor has undertaken and will undertake the following to attain a consensual plan of reorganization:

    a. Through negotiations, begun to attempt to resolve the contingent, unliquidated and disputed claims of over $1,000,000 with non-insiders of the Debtor. Some matters requiring resolution involve non-bankruptcy issues. The undersigned and Smokinkwr have discussed incorporating the bankruptcy issues in global settlement discussions among the non-insiders and this concept has been discussed with the counsel for non-insiders.

    b. The Debtor will resolve non-insider contingent, unliquidated and disputed claims on a case by case basis.

    c. Consider opening other locations to provide additional cash flow and profits to pay claims. Discussions are underway to evaluate the feasibility and propriety of such an endeavor.

    d. Confer with the new Subchapter V Trustee for assistance in formulating a consensual plan.

Dated: January 31, 2022        Respectfully Submitted,

THE LAW OFFICE OF THOMAS F. JONES III

By: */s/ Thomas F. Jones III*
Thomas F. Jones III
Texas Bar No. 10974400
Federal Id No. 4048
1770 St. James Place, Suite 105
Houston, Texas 77056
Tel: (832) 398-6182
Fax: (832) 200-3524
Email: tfjpacer@gmail.com

**ATTORNEY FOR SMOKINKWR LLC**