# EXHIBIT A

# CHASE for BUSINESS
Printed from Chase for Business

---

**Merchant Services (...6668)**
SMOKINKWR LLC

| | | |
|---|---|---|
| **$0.00** | $32,540.19 | -$59.25 |
| Total sales | Adjustments & fees | Disputes |
| $32,480.94 | $0.00 | $0.00 |
| Deposited amount | Settled by AMEX/Discover | Not processed |

Date range: Last 7 days

---

## Locations (9)

**Location name**

Dickey's Barbecue >

---

DICKEY'S BARBECUE PIT TX-1379 >

---

DICKEY'S BARBECUE PIT TX-0774 >

---

DICKEY'S BARBECUE PIT TX-1750 >

---

DICKEYS BARBECUE PIT TX-0087 >

---

DICKEYS BARBECUE PIT TX-0347 >

---

DICKEYS BARBECUE PIT TX-1748 >

---

DICKEYS BARBECUE PIT TX-0426 >

---

DICKEY'S TX-1607 >

---

## Account activity

SHOWING | Deposited amount ⌄

| Date | Settled by Chase | Misc adjustments | Disputes | Fees | Deposited amount |
|---|---|---|---|---|---|
| Jan 9, 2022 | $0.00 | $34,114.24 | -$12.94 | -$1,574.05 | $32,527.25 |
| Jan 8, 2022 | $0.00 | $0.00 | -$46.31 | $0.00 | -$46.31 |

Morgan Chase Bank, N.A. Member FDIC        ©2022 JPMorgan Chase & Co.        Equal Opportunity Lender