# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-33989 |
| | § | |
| | § | CHAPTER 11 |
| SMOKINKWR LLC, | § | |
| | § | Date and Time of Hearing: |
| | § | |
| | § | Tuesday, April 5, 2022 at 10:00 a.m. |
| DEBTOR. | § | (prevailing Central Time) |

**NOTICE OF HEARING**
[Relates to Docket Number 118]

**PLEASE TAKE NOTICE** that a hearing on the *Motion for (A) Administrative Expenses; (B) Adequate Protection; or (C) in the Alternative, Relief from the Automatic Stay* [Docket No. 118] filed by Carolina Real Estate Holdings, LLC has been set for **Tuesday, April 5, 2022 at 10:00 a.m. (prevailing Central Time)** before the Honorable Christopher Lopez. The hearing will be held via telephonic conference (dial-in number (832) 917-1510, conference room number 590153), and via video conference (http://gotomeet.me/judgelopez).

[*This space is intentionally left blank.*]

Dated: March 1, 2022

                                       Respectfully submitted by,

                                       */s/ M. Jermaine Watson*
                                       M. Jermaine Watson
                                       State Bar No. 24063055
                                       **CANTEY HANGER LLP**
                                       600 West 6th Street, Suite 300
                                       Fort Worth, Texas 76102
                                       Phone: 817-877-2800
                                       Fax: 817-877-2807
                                       Email: jwatson@canteyhanger.com

                                       **COUNSEL TO CAROLINA REAL ESTATE HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 1, 2022, a true and correct copy of the foregoing *Notice of Hearing* was served electronically by the Court's PACER system on all parties who have entered their appearance in this chapter 11 proceeding.

                                       */s/ M. Jermaine Watson*
                                       M. Jermaine Watson