United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 02, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case no. 21-33989 |
| Smokinkwr LLC | § | Chapter 11 |
| Debtor-in-Possession | § | |

**ORDER GRANTING MOTION OF DEBTOR-IN-POSSESSION TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE AND FOR PROVISION FOR INFORMATION**

CAME ON for consideration the Emergency Motion of the Smokinkwr LLC to Compel Turnover of Property of the Estate and for Provision of Information. The Court finds the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that good cause exists for the granting of the Motion. It is therefore,

ORDERED that the Motion is granted; and it is further ORDERED that no later than March 7, 2022:

1. DoorDash, Grubhub, OLO, and Stripe must turn over funds from sales by all the Debtor's stores and provide all reasonably requested statements/information about these sales;

2. Chase Merchant Services must provide written documentation to Debtor's counsel explaining the $32,540.19 adjustment and fees on the statement attached as **Exhibit 1** to this Order;

3. Grant Phillips must provide written documentation to Debtor's counsel, including any invoices, concerning the prepetition $20,000.00 retainer deposited by the Debtor on or about November 2021; and

4. The Court will conduct a further status conference on compliance with this Order on March 9, 2022 at 10:00 a.m. (Central Time) and reserves the right to issue orders granting additional relief.

Signed: March 02, 2022

_____
Christopher Lopez