CM Inquiry Report for Occupant: Dickey's Barbeque Pit  From 10/1/2021 to 3/1/2022
Sorted by Date for Open / Closed Charges.

| | | | | |
|---|---|---|---|---|
| Master Occupant ID: | | Balance Forward:: | 0.00 | |
| Address Id:: | | Charges (Debit): | 43,463.52 | |
| Building ID: | 4135 | Receipts (Credit): | -16,174.79 | |
| Lease ID: | 3315 | Prepaid:: | 0.00 | |
| Income Category:: | All | Net: | 27,288.73 | |
| Receipt Type Id: | All | Security Deposit: | 7,291.68 | |
| Receipt Descriptor: | All | | | |

| Cat | Date | Building ID | Lease ID | Description | Charges (Debit) | Receipts (Credit) | Balance |
|---|---|---|---|---|---|---|---|
| CAM | 10/1/2021 | 4135 | 3315 | AUTOCHRG @T10/31/2021 | 370.82 | 0.00 | 370.82 |
| INS | 10/1/2021 | 4135 | 3315 | AUTOCHRG @T10/31/2021 | 78.56 | 0.00 | 449.38 |
| RNT | 10/1/2021 | 4135 | 3315 | AUTOCHRG @T10/31/2021 | 4,226.25 | 0.00 | 4,675.63 |
| RTX | 10/1/2021 | 4135 | 3315 | AUTOCHRG @T10/31/2021 | 627.58 | 0.00 | 5,303.21 |
| LTF | 10/18/2021 | 4135 | 3315 | LATE FEE | 265.16 | 0.00 | 5,568.37 |
| CAM | 11/1/2021 | 4135 | 3315 | AUTOCHRG @T11/30/2021 | 370.82 | 0.00 | 5,939.19 |
| INS | 11/1/2021 | 4135 | 3315 | AUTOCHRG @T11/30/2021 | 78.56 | 0.00 | 6,017.75 |
| RNT | 11/1/2021 | 4135 | 3315 | AUTOCHRG @T11/30/2021 | 4,226.25 | 0.00 | 10,244.00 |
| RTX | 11/1/2021 | 4135 | 3315 | AUTOCHRG @T11/30/2021 | 627.58 | 0.00 | 10,871.58 |
| CAM | 11/8/2021 | 4135 | 3315 | TenantPayments API Receipt | 0.00 | -370.82 | 10,500.76 |
| INS | 11/8/2021 | 4135 | 3315 | TenantPayments API Receipt | 0.00 | -78.56 | 10,422.20 |
| RNT | 11/8/2021 | 4135 | 3315 | TenantPayments API Receipt | 0.00 | -4,226.25 | 6,195.95 |
| RTX | 11/8/2021 | 4135 | 3315 | TenantPayments API Receipt | 0.00 | -627.58 | 5,568.37 |
| CAM | 11/13/2021 | 4135 | 3315 | NSF on Payment # 6Y6QAKQW3RB8 | 370.82 | 0.00 | 5,939.19 |
| INS | 11/13/2021 | 4135 | 3315 | NSF on Payment # 6Y6QAKQW3RB8 | 78.56 | 0.00 | 6,017.75 |
| RNT | 11/13/2021 | 4135 | 3315 | NSF on Payment # 6Y6QAKQW3RB8 | 4,226.25 | 0.00 | 10,244.00 |
| RTX | 11/13/2021 | 4135 | 3315 | NSF on Payment # 6Y6QAKQW3RB8 | 627.58 | 0.00 | 10,871.58 |
| CAM | 11/23/2021 | 4135 | 3315 | TenantPayments API Receipt | 0.00 | -370.82 | 10,500.76 |
| INS | 11/23/2021 | 4135 | 3315 | TenantPayments API Receipt | 0.00 | -78.56 | 10,422.20 |
| RNT | 11/23/2021 | 4135 | 3315 | TenantPayments API Receipt | 0.00 | -4,226.25 | 6,195.95 |
| RTX | 11/23/2021 | 4135 | 3315 | TenantPayments API Receipt | 0.00 | -627.58 | 5,568.37 |
| LTF | 11/23/2021 | 4135 | 3315 | TenantPayments API Receipt | 0.00 | -265.16 | 5,303.21 |
| CAM | 11/30/2021 | 4135 | 3315 | NSF on Payment # 6SUL13R93J91 | 370.82 | 0.00 | 5,674.03 |
| INS | 11/30/2021 | 4135 | 3315 | NSF on Payment # 6SUL13R93J91 | 78.56 | 0.00 | 5,752.59 |
| RNT | 11/30/2021 | 4135 | 3315 | NSF on Payment # 6SUL13R93J91 | 4,226.25 | 0.00 | 9,978.84 |
| RTX | 11/30/2021 | 4135 | 3315 | NSF on Payment # 6SUL13R93J91 | 627.58 | 0.00 | 10,606.42 |
| LTF | 11/30/2021 | 4135 | 3315 | NSF on Payment # 6SUL13R93J91 | 265.16 | 0.00 | 10,871.58 |
| CAM | 12/1/2021 | 4135 | 3315 | AUTOCHRG @T12/31/2021 | 370.82 | 0.00 | 11,242.40 |
| INS | 12/1/2021 | 4135 | 3315 | AUTOCHRG @T12/31/2021 | 78.56 | 0.00 | 11,320.96 |
| RNT | 12/1/2021 | 4135 | 3315 | AUTOCHRG @T12/31/2021 @R | 4,353.13 | 0.00 | 15,674.09 |
| RTX | 12/1/2021 | 4135 | 3315 | AUTOCHRG @T12/31/2021 | 627.58 | 0.00 | 16,301.67 |
| CAM | 1/1/2022 | 4135 | 3315 | AUTOCHRG @T1/31/2022 | 370.82 | 0.00 | 16,672.49 |
| INS | 1/1/2022 | 4135 | 3315 | AUTOCHRG @T1/31/2022 | 78.56 | 0.00 | 16,751.05 |
| RNT | 1/1/2022 | 4135 | 3315 | AUTOCHRG @T1/31/2022 | 4,353.13 | 0.00 | 21,104.18 |
| RTX | 1/1/2022 | 4135 | 3315 | AUTOCHRG @T1/31/2022 | 627.58 | 0.00 | 21,731.76 |
| CAM | 2/1/2022 | 4135 | 3315 | AUTOCHRG @T2/28/2022 | 370.82 | 0.00 | 22,102.58 |
| INS | 2/1/2022 | 4135 | 3315 | AUTOCHRG @T2/28/2022 | 78.56 | 0.00 | 22,181.14 |
| RNT | 2/1/2022 | 4135 | 3315 | AUTOCHRG @T2/28/2022 | 4,353.13 | 0.00 | 26,534.27 |
| RTX | 2/1/2022 | 4135 | 3315 | AUTOCHRG @T2/28/2022 | 627.58 | 0.00 | 27,161.85 |
| INS | 2/11/2022 | 4135 | 3315 | Receipt | 0.00 | -78.56 | 27,083.29 |
| RNT | 2/11/2022 | 4135 | 3315 | Receipt | 0.00 | -4,353.13 | 22,730.16 |
| CAM | 2/11/2022 | 4135 | 3315 | Receipt | 0.00 | -370.82 | 22,359.34 |
| RTX | 2/11/2022 | 4135 | 3315 | Receipt | 0.00 | -500.70 | 21,858.64 |
| CAM | 3/1/2022 | 4135 | 3315 | AUTOCHRG @T3/31/2022 | 370.82 | 0.00 | 22,229.46 |
| INS | 3/1/2022 | 4135 | 3315 | AUTOCHRG @T3/31/2022 | 78.56 | 0.00 | 22,308.02 |
| RNT | 3/1/2022 | 4135 | 3315 | AUTOCHRG @T3/31/2022 | 4,353.13 | 0.00 | 26,661.15 |
| RTX | 3/1/2022 | 4135 | 3315 | AUTOCHRG @T3/31/2022 | 627.58 | 0.00 | 27,288.73 |
| | | | | | ---------------- | ---------------- | |
| | | | | | 43,463.52 | -16,174.79 | |

EXHIBIT B