IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 21-33989 |
| SMOKINKMR LLC, § | |
| § | Chapter 11 |
| Debtor. § | |
| § | |

### NOTICE OF DEFAULT TO SMOKINKMR LLC AND BRIAN HUBBARD

**NOTICE IS HEREBY PROVIDED THAT** a default exists under the terms of the Lease[1] and this Court's *Agreed Order Regarding LaMarque Landlord's Motion for Relief from the Automatic Stay* entered on February 18, 2022 (Dkt. No. 113) (the "Agreed Order") by the failure of KM LaMarque, LLC ("Landlord") to receive the rent and related charges owing and due on March 1, 2022 in an amount of not less than $7,232.64.  Unless the default is cured on before five (5) calendar days from the date of this Notice (i.e., the cure deadline is March 15, 2022), the automatic stay shall be lifted pursuant to the terms of the Agreed Order and Landlord shall be authorized to take the actions authorized under the Agreed Order, the Lease, and other applicable law.

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Agreed Order.

4877-5982-2868.1

Respectfully submitted this 10th day of March 2022.

**GRAY REED**

By: */s/ Micheal W. Bishop*
   Micheal W. Bishop
   Texas Bar No. 02354860
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email: mbishop@grayreed.com

-and-

   David Leonard
   Texas Bar No. 24078847
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7000
Facsimile:  (713) 986-7100
Email: dleonard@grayreed.com

**COUNSEL TO KM LAMARQUE LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10th day of March 2022, he caused a true and correct copy of the foregoing pleading to be served via the Court's electronic case filing system (ECF) on all parties to this proceeding who have so-subscribed and to the following parties via United States first class mail, postage pre-paid, unless otherwise indicated.

| | |
|---|---|
| Smokinkwr LLC<br>2124 Rope Maker Rd<br>Conroe, TX 77384-2510 | *Via Overnight Express Courier Service:*<br>Brian Hubbard<br>6608 Gulf Freeway South<br>LaMarque, Texas 77568 |
| *Via Overnight Express Courier Service:*<br>Brian Hubbard<br>2124 Rope Maker Rd.<br>Conroe, Texas 77384 | |

   */s/ Micheal W. Bishop*
   Micheal W. Bishop

4877-5982-2868.1