| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Smokinkwr LLC** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | |
| Case number (if known) | **21-33989** | ☑ Check if this is an amended filing |

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2021**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$5,146,534.93** |
| For prior year: | From **06/01/2020**<br>MM / DD / YYYY | to | **12/31/2020**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$345,754.00** |
| For the year before that: | From **06/01/2019**<br>MM / DD / YYYY | to | **05/31/2020**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2021**<br>MM / DD / YYYY | to | Filing date | _____ | _____ |
| For prior year: | From **01/01/2020**<br>MM / DD / YYYY | to | **12/31/2020**<br>MM / DD / YYYY | _____ | _____ |
| For the year before that: | From **01/01/2019**<br>MM / DD / YYYY | to | **12/31/2019**<br>MM / DD / YYYY | _____ | _____ |



Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page 1

Debtor    **Smokinkwr LLC**                               Case number (if known) **21-33989**
          Name

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attached List**<br>Creditor's name<br><br>Street<br><br><br>City          State    ZIP Code | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

### Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Fox Capital Group, Inc v. Smokinkwr LLC et al** | **Suit on Merchant Capital Asset Contract** | **Supreme Court of NY State, Kings Cou**<br>Name<br>**360 Adams St**<br>Street<br>**Kings County Civic Center**<br><br>**Brooklyn**          **NY**   **11201**<br>City          State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**530740/2021** | | | |

*BMH* (signature)

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 2

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|
| | Name | | |

|   | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.2. | **ROC Funding Group LLC v. Smokinkwr LLC et al** | **Suit on Merchant Capital Asset Contract** | **Supreme Court of NY State-Ontario Co** <br> Name <br> **27 North Main St** <br> Street <br> **Ontario County Courthouse** | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
|   | **Case number** <br> **131105-2021** | | **Canandaiqua      NY    14424** <br> City                State    ZIP Code | |
| 7.3. | **Wynwood Capital Group LLC v. Smokinkwr LLC et al** | **Suit on Merchant Capital Asset Agreement** | **Supreme Court of NY State-Nassau Co** <br> Name <br> **100 Supreme Court Dr** <br> Street | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
|   | **Case number** <br> **614655-2021** | | **Mineola         NY    11501** <br> City                State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

### Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

### Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss** <br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property).* | **Date of loss** | **Value of property lost** |
|---|---|---|---|
| **Oven/Smoker Fire at Store located at 9440 Shady Dr, Houston, TX 77016** | **$19,000.00** | **2/2021** | **$19,000.00** |



| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|
| | Name | | |

### Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Thomas F. Jones III** | | **12/82021** | **$6,000.00** |

**Address**

**1770 St James Place, #105**
Street

**Houston**        **TX**      **77056**
City                State    ZIP Code

**Email or website address**
**tfjpacer@gmailc.com**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☒ None

### Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply



Debtor  **Smokinkwr LLC**　　　　　　　　　　　　　　　　　　Case number (if known)　**21-33989**
　　　　　Name

| Part 8: | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| Part 9: | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes.  State the nature of the information collected and retained _____

　　　Does the debtor have a privacy policy about that information?
　　　☐ No.
　　　☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
　　　☐ No.  Go to Part 10.
　　　☐ Yes.  Fill in below:

| Part 10: | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None



Official Form 207　　Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy　　page 5

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|
| | Name | | |

**20. Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☑ None

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** Has the debtor been a party in any judicial or administrative proceeding under any environmental law?
   Include settlements and orders.

   ☑ No
   ☐ Yes. Provide details below.

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

   ☑ No
   ☐ Yes. Provide details below.

**24.** Has the debtor notified any govermental unit of any release of hazardous material?

   ☑ No
   ☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☑ None



| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page 6 |
|---|---|---|

Debtor  **Smokinkwr LLC**           Case number (if known) **21-33989**
         Name

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address**                                                    **Dates of service**

26a.1. **Wenah A. San Diego**                                           From **2020**  To **Present**
       Name
       **16310 Tomball Pkwy., Ste 204**
       Street

       **Houston**            **TX**    **77064**
       City                   State     ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**Name and address**                                                    **Dates of service**

26b.1. **Tony Hubbard**                                                 From **6/1/2021**  To **Present**
       Name
       **2124 Rope Maker Rd**
       Street

       **Conroe**             **TX**    **77384**
       City                   State     ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian Hubbard | 2124 Rope Maker Rd<br>Conroe, TX 77384 | Sole Manager / Sole Owner | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

| Debtor | **Smokinkwr LLC** | Case number (if known) | **21-33989** |
|---|---|---|---|
| | Name | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

## Part 14:  Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/17/2022
             MM / DD / YYYY

X  *Brian M. Hubbard*  (DocuSigned by: CCCA4C2611204C8...)          Printed name  **Brian M. Hubbard**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Sole Member and Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☒ No
☐ Yes

# QUESTION 3.1:

# PAYMENTS MADE WITHIN 90 DAYS BEFORE PETITION

BMH

# PAYMENTS TO LENDERS/MCA'S

| LENDER/MCA | 90 Days |
|---|---|
| Forward | $48,300.00 |
| Fox Capital | $68,400.00 |
| Everest | $64,287.50 |
| ROC | $57,736.39 |
| Delta-Cloud Funding | $23,281.20 |
| Overnight | $33,733.00 |
| Fundamental | $11,919.96 |
| Wynwood | $15,095.12 |
| **Total Payments Last 90 Days** | **$322,753.17** |
| Fox Settlement 11-19-2021 | $28,000.00 |
| **Total Payments** | **$350,753.17** |

Plus the received $28,000.00 per settlement agreement dated 11-19-2021

BMH

| Date of Advance | MCA LENDER | Orginal Amount | Purchased Amount | Payment | Balance | Proposed Monthly Payment Plan 60 Months | Proposed Monthly Payment Plan 48 Months | Proposed Monthly Payment Plan 36 Months |
|---|---|---|---|---|---|---|---|---|
| 6/23/2021 | Forward | $160,000 | $220,800 | $1,380 | $103,500 | $1,725 | $2,156 | $2,875 |
| 8/19/2021 | Fox Capital | $150,750 | $216,000 | $1,800 | $138,600 | $2,310 | $2,888 | $3,850 |
| 8/20/2021 | Everest | $250,000 | $347,500 | $1,738 | $250,200 | $4,170 | $5,213 | $6,950 |
| 9/21/2021 | ROC | $150,000 | $219,000 | $1,991 | $175,200 | $2,920 | $3,650 | $4,867 |
| 10/6/2021 | Cloud Funding | $125,000 | $186,250 | $1,552 | $170,729 | $2,845 | $3,557 | $4,742 |
| 10/6/2021 | Overnight | $125,000 | $187,375 | $1,874 | $166,786 | $2,780 | $3,475 | $4,633 |
| 10/28/2021 | Fundamental | $44,659 | $63,416 | $5,948 | $51,520 | $859 | $1,073 | $1,431 |
| 10/19/2021 | Wynwood | $107,000 | $160,393 | $1,887 | $158,506 | $2,642 | $3,302 | $4,403 |
| BALANCES | | $1,112,409 | $1,600,734 | $18,170 | $1,215,041 | | | |

| | | |
|---|---|---|
| Current Weekly Payment | $90,849.75 | |
| Current Monthly Payment | $363,399.00 | |
| Proposed Payment | $20,251 | $25,313 | $33,751 |
| Current Sales | 515,813 | 3.93% | 4.91% | 6.54% |

BMH

# FORWARD FINANCING

| Account Number | Post Date | Check | Description | Debit | Credit | Status | Principal Balance |
|---|---|---|---|---|---|---|---|
| XXXXXX2764 | 6/24/2021 | | Wire Transfer Credit FORWARD FINANCING | | $157,910.00 | | |

**9 PAYMENTS MADE FROM 6-24-2021 TO 9-13-2021**

| Account Number | Post Date | Description | Debit | Status | Principal Balance |
|---|---|---|---|---|---|
| XXXXXX2764 | 09-20-2021 | 8882449099 FORWARDFINANCING CCD 50E3C3C646D2 SMOKINKWR LLC | $62,100.00 | | $95,810.00 |
| XXXXXX2764 | 09-27-2021 | 8882449099 FORWARDFINANCING CCD E53242AFA8E9 SMOKINKWR LLC | $6,900.00 | Posted | $88,910.00 |
| XXXXXX2764 | 10-04-2021 | 8882449099 FORWARDFINANCING CCD 227D7E64956B SMOKINKWR LLC | $6,900.00 | Posted | $82,010.00 |
| XXXXXX2764 | 10-12-2021 | 8882449099 FORWARDFINANCING CCD 1F71FB1A41FD SMOKINKWR LLC | $6,900.00 | Posted | $75,110.00 |
| XXXXXX2764 | 10-18-2021 | 8882449099 FORWARDFINANCING CCD FBA5786AF0A4 SMOKINKWR LLC | $6,900.00 | Posted | $68,210.00 |
| XXXXXX2764 | 10-25-2021 | 8882449099 FORWARDFINANCING CCD 7267000D3AA8 SMOKINKWR LLC | $6,900.00 | Posted | $61,310.00 |
| XXXXXX2764 | 11-02-2021 | 8882449099 FORWARDFINANCING CCD 5E6189E1ED0B SMOKINKWR LLC | $6,900.00 | Posted | $54,410.00 |
| | | | | Posted | $47,510.00 |

**LAST 90 DAY PAYMENTS MADE** $48,300.00



# FOX CAPITAL PAYMENTS

| Account Number | Post Date | Check | Description | | Debit | Credit | Status | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| XXXXXX2764 | 08-20-2021 | | FOX | FOX CAPITAL GROU CCD  SMOKINKWR LLC D SMOKINKWR LLC DE | $27,000.00 | $143,705.00 | Posted | $116,705.00 |
| | 8-20-21 to 9-13-21 | | | **PAYMENTS MADE PRIOR TO 9-14-2021   15 PAYMENTS** | | | | |
| XXXXXX2764 | 09-14-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W020 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $114,905.00 |
| XXXXXX2764 | 09-15-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W021 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $113,105.00 |
| XXXXXX2764 | 09-16-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W022 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $111,305.00 |
| XXXXXX2764 | 09-17-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W023 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $109,505.00 |
| XXXXXX2764 | 09-20-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W024 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $107,705.00 |
| XXXXXX2764 | 09-21-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W025 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $105,905.00 |
| XXXXXX2764 | 09-22-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W026 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $104,105.00 |
| XXXXXX2764 | 09-23-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W027 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $102,305.00 |
| XXXXXX2764 | 09-24-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W028 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $100,505.00 |
| XXXXXX2764 | 09-27-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W029 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $98,705.00 |
| XXXXXX2764 | 09-28-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W030 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $96,905.00 |
| XXXXXX2764 | 09-29-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W031 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $95,105.00 |
| XXXXXX2764 | 09-30-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W032 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $93,305.00 |
| XXXXXX2764 | 10-01-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W033 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $91,505.00 |
| XXXXXX2764 | 10-04-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W034 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $89,705.00 |
| XXXXXX2764 | 10-05-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W035 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $87,905.00 |
| XXXXXX2764 | 10-06-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W036 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $86,105.00 |
| XXXXXX2764 | 10-07-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W037 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $84,305.00 |
| XXXXXX2764 | 10-08-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W038 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $82,505.00 |
| XXXXXX2764 | 10-12-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W039 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $80,705.00 |
| XXXXXX2764 | 10-13-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W040 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $78,905.00 |
| XXXXXX2764 | 10-13-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W041 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $77,105.00 |
| XXXXXX2764 | 10-14-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W042 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $75,305.00 |
| XXXXXX2764 | 10-15-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W043 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $73,505.00 |
| XXXXXX2764 | 10-18-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W044 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $71,705.00 |
| XXXXXX2764 | 10-19-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W045 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $69,905.00 |
| XXXXXX2764 | 10-20-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W046 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $68,105.00 |
| XXXXXX2764 | 10-21-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W047 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $66,305.00 |
| XXXXXX2764 | 10-22-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W048 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $64,505.00 |
| XXXXXX2764 | 10-25-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W049 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $62,705.00 |
| XXXXXX2764 | 10-26-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W050 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $60,905.00 |
| XXXXXX2764 | 10-27-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W051 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $59,105.00 |
| XXXXXX2764 | 10-28-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W052 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $57,305.00 |
| XXXXXX2764 | 10-29-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W053 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $55,505.00 |
| XXXXXX2764 | 11-01-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W054 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $53,705.00 |
| XXXXXX2764 | 11-02-2021 | | ACHPAYMENT | FOXBUSINESS CCD   W055 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $51,905.00 |
| XXXXXX2764 | | | ACHPAYMENT | FOXBUSINESS CCD   W056 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $50,105.00 |
| XXXXXX2764 | | | ACHPAYMENT | FOXBUSINESS CCD   W057 SMOKINKWR LLC DBA DICK | $1,800.00 | | Posted | $48,305.00 |
| | | | **LAST 90 DAY PAYMENTS MADE** | | **$68,400.00** | | | |

# EVEREST BUSINESS FUNDING

| Details | Posting Date | Description | Amount | Type | Principal Balance |
|---|---|---|---|---|---|
| CREDIT | 8/2/2021 | EBF HOLDINGS, LLC MIAMI FL 33178-2911 29 PAYMENTS MADE PRIOR TO 9-14-21 | $247,355.00 $50,387.50 | ACH_CREDIT | $196,967.50 |
| DEBIT | 9/14/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $198,705.00 |
| DEBIT | 9/15/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $200,442.50 |
| DEBIT | 9/16/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $202,180.00 |
| DEBIT | 9/17/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $203,917.50 |
| DEBIT | 9/20/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $205,655.00 |
| DEBIT | 9/21/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $207,392.50 |
| DEBIT | 9/22/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $209,130.00 |
| DEBIT | 9/23/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $210,867.50 |
| DEBIT | 9/24/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $212,605.00 |
| DEBIT | 9/27/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $214,342.50 |
| DEBIT | 9/28/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $216,080.00 |
| DEBIT | 9/29/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $217,817.50 |
| DEBIT | 9/30/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $219,555.00 |
| DEBIT | 10/1/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $221,292.50 |
| DEBIT | 10/4/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $223,030.00 |
| DEBIT | 10/5/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $224,767.50 |
| DEBIT | 10/6/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $226,505.00 |
| DEBIT | 10/7/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $228,242.50 |
| DEBIT | 10/8/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $229,980.00 |
| DEBIT | 10/12/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $231,717.50 |
| DEBIT | 10/13/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $233,455.00 |
| DEBIT | 10/14/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $235,192.50 |
| DEBIT | 10/15/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $236,930.00 |
| DEBIT | 10/18/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $238,667.50 |
| DEBIT | 10/19/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $240,405.00 |
| DEBIT | 10/20/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $242,142.50 |
| DEBIT | 10/21/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $243,880.00 |
| DEBIT | 10/22/2021 | ORIG CO NAME:EBF HOLDINGS LLC ORIG ID:19009: | ($1,737.50) | ACH_DEBIT | $245,617.50 |

DS
BMH

**LAST 90 DAYS PAYMENTS MADE ($64,287.50)**

| | | | | |
|---|---|---|---|---|
| DEBIT | 10/25/2021 | ORIG CO NAME:EBF HOLDINGS LLC | ORIG ID:19009 | ($1,737.50) ACH_DEBIT | $247,355.00 |
| DEBIT | 10/26/2021 | ORIG CO NAME:EBF HOLDINGS LLC | ORIG ID:19009 | ($1,737.50) ACH_DEBIT | $249,092.50 |
| DEBIT | 10/27/2021 | ORIG CO NAME:EBF HOLDINGS LLC | ORIG ID:19009 | ($1,737.50) ACH_DEBIT | $250,830.00 |
| DEBIT | 10/28/2021 | ORIG CO NAME:EBF HOLDINGS LLC | ORIG ID:19009 | ($1,737.50) ACH_DEBIT | $252,567.50 |
| DEBIT | 10/29/2021 | ORIG CO NAME:EBF HOLDINGS LLC | ORIG ID:19009 | ($1,737.50) ACH_DEBIT | $254,305.00 |
| DEBIT | 11/1/2021 | ORIG CO NAME:EBF HOLDINGS LLC | ORIG ID:19009 | ($1,737.50) ACH_DEBIT | $256,042.50 |
| DEBIT | 11/2/2021 | ORIG CO NAME:EBF HOLDINGS LLC | ORIG ID:19009 | ($1,737.50) ACH_DEBIT | $257,780.00 |
| DEBIT | 11/3/2021 | ORIG CO NAME:EBF HOLDINGS LLC | ORIG ID:19009 | ($1,737.50) ACH_DEBIT | $259,517.50 |
| DEBIT | 11/4/2021 | ORIG CO NAME:EBF HOLDINGS LLC | ORIG ID:19009 | ($1,737.50) ACH_DEBIT | $261,255.00 |

BMH

# ROC FUNDING GROUP

| Account Number | Post Date | Check | Description | Debit | Credit | Status | Principal Balance |
|---|---|---|---|---|---|---|---|
| | 9/22/2021 | | **Wire Transfer Credit ROC FUNDING GROUP LLC** | | $142,105.00 | | |
| XXXXXX2764 | 09-23-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $140,114.09 |
| XXXXXX2764 | 09-24-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $138,123.18 |
| XXXXXX2764 | 09-27-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $136,132.27 |
| XXXXXX2764 | 09-28-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $134,141.36 |
| XXXXXX2764 | 09-29-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $132,150.45 |
| XXXXXX2764 | 09-30-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $130,159.54 |
| XXXXXX2764 | 10-01-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $128,168.63 |
| XXXXXX2764 | 10-04-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $126,177.72 |
| XXXXXX2764 | 10-05-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $124,186.81 |
| XXXXXX2764 | 10-06-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $122,195.90 |
| XXXXXX2764 | 10-07-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $120,204.99 |
| XXXXXX2764 | 10-08-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $118,214.08 |
| XXXXXX2764 | 10-12-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $116,223.17 |
| XXXXXX2764 | 10-13-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC, 3613 | $1,990.91 | | Posted | $114,232.26 |
| XXXXXX2764 | 10-14-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $112,241.35 |
| XXXXXX2764 | 10-15-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $110,250.44 |
| XXXXXX2764 | 10-18-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $108,259.53 |
| XXXXXX2764 | 10-19-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $106,268.62 |
| XXXXXX2764 | 10-20-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $104,277.71 |
| XXXXXX2764 | 10-21-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $102,286.80 |
| XXXXXX2764 | 10-22-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $100,295.89 |
| XXXXXX2764 | 10-25-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $98,304.98 |
| XXXXXX2764 | 10-26-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $96,314.07 |
| XXXXXX2764 | 10-27-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $94,323.16 |
| XXXXXX2764 | 10-28-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $92,332.25 |
| XXXXXX2764 | 10-29-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $90,341.34 |
| XXXXXX2764 | 11-01-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $88,350.43 |
| XXXXXX2764 | 11-02-2021 | | 8567666687 ROC FUNDING GROU CCD 1584681 3613 SMOKINKWR LLC | $1,990.91 | | Posted | $86,359.52 |
| | | | | | | | $84,368.61 |

**LAST 90 DAY PAYMENTS MADE** $57,736.39

# DELTA BRIDGE - CLOUD FUNDING

| Account Num | Post Date | Check | Description | | Debit | Credit | Status | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| XXXXXX276410 | 07-2021 | | Delta Brid Delta Bridge Fun CCD | FUN14228 SMOKINKWR d/b/a DICKE | | $116,204.00 | Posted | $114,651.92 |
| XXXXXX276410 | 13-2021 | | Delta Brid Delta Bridge Fun CCD | DEB143048 SMOKINKWRLLC | $1,552.08 | | Posted | $113,099.84 |
| XXXXXX276410 | 14-2021 | | Delta Brid Delta Bridge Fun CCD | DEB145350 SMOKINKWRLLC | $1,552.08 | | Posted | $111,547.76 |
| XXXXXX276410 | 15-2021 | | Delta Brid Delta Bridge Fun CCD | DEB147758 SMOKINKWRLLC | $1,552.08 | | Posted | $109,995.68 |
| XXXXXX276410 | 18-2021 | | Delta Brid Delta Bridge Fun CCD | DEB150109 SMOKINKWRLLC | $1,552.08 | | Posted | $108,443.60 |
| XXXXXX276410 | 19-2021 | | Delta Brid Delta Bridge Fun CCD | DEB152449 SMOKINKWRLLC | $1,552.08 | | Posted | $106,891.52 |
| XXXXXX276410 | 20-2021 | | Delta Brid Delta Bridge Fun CCD | DEB154788 SMOKINKWRLLC | $1,552.08 | | Posted | $105,339.44 |
| XXXXXX276410 | 21-2021 | | Delta Brid Delta Bridge Fun CCD | DEB157117 SMOKINKWRLLC | $1,552.08 | | Posted | $103,787.36 |
| XXXXXX276410 | 22-2021 | | Delta Brid Delta Bridge Fun CCD | DEB159555 SMOKINKWRLLC | $1,552.08 | | Posted | $102,235.28 |
| XXXXXX276410 | 25-2021 | | Delta Brid Delta Bridge Fun CCD | DEB161921 SMOKINKWRLLC | $1,552.08 | | Posted | $100,683.20 |
| XXXXXX276410 | 26-2021 | | Delta Brid Delta Bridge Fun CCD | DEB164290 SMOKINKWRLLC | $1,552.08 | | Posted | $99,131.12 |
| XXXXXX276410 | 27-2021 | | Delta Brid Delta Bridge Fun CCD | DEB166650 SMOKINKWRLLC | $1,552.08 | | Posted | $97,579.04 |
| XXXXXX276410 | 28-2021 | | Delta Brid Delta Bridge Fun CCD | DEB169002 SMOKINKWRLLC | $1,552.08 | | Posted | $96,026.96 |
| XXXXXX276410 | 29-2021 | | Delta Brid Delta Bridge Fun CCD | DEB171439 SMOKINKWRLLC | $1,552.08 | | Posted | $94,474.88 |
| XXXXXX276411 | 01-2021 | | Delta Brid Delta Bridge Fun CCD | DEB173891 SMOKINKWRLLC | $1,552.08 | | Posted | $92,922.80 |
| XXXXXX276411 | 02-2021 | | Delta Brid Delta Bridge Fun CCD | DEB176273 SMOKINKWRLLC | $1,552.08 | | Posted | |

**LAST 90 DAYS PAYMENTS MADE $23,281.20**

BMH

# OVERNIGHT CAPITAL

**Wire Transfer Credit OVERNIGHT CAPITAL LLC 124-17 METROPOLITAN AVE KEW GARDENS, NY 11415 US**

| Account Number | Post Date | Check | Description | Debit | Credit | Status | Principal Balance |
|---|---|---|---|---|---|---|---|
| XXXXX2764 | 10-06-2021 | | | | $112,500.00 | Posted | |
| XXXXX2764 | 10-08-2021 | | DIRECT PAY OVERNIGHT CAPITA CCD 211007163301833RN SMOKINKWR LLC | $1,874.00 | | Posted | $110,626.00 |
| XXXXX2764 | 10-12-2021 | | DIRECT PAY OVERNIGHT CAPITA CCD 211008163019SHA SMOKINKWR LLC | $1,874.00 | | Posted | $108,752.00 |
| XXXXX2764 | 10-13-2021 | | DIRECT PAY OVERNIGHT CAPITA CCD 211012163016UP2 SMOKINKWR LLC | $1,875.00 | | Posted | $106,877.00 |
| XXXXX2764 | 10-14-2021 | | DIRECT PAY OVERNIGHT CAPITA CCD 211012163016CID SMOKINKWR LLC | $1,874.00 | | Posted | $105,003.00 |
| XXXXX2764 | 10-15-2021 | | DIRECT PAY OVERNIGHT CAPITA CCD 211013163015OG4 SMOKINKWR LLC | $1,874.00 | | Posted | $103,129.00 |
| XXXXX2764 | 10-18-2021 | | DIRECT PAY OVERNIGHT CAPITA CCD 211014163018HYX SMOKINKWR LLC | $1,874.00 | | Posted | $101,255.00 |
| XXXXX2764 | 10-19-2021 | | DIRECT PAY OVERNIGHT CAPITA CCD 211015163017MUR SMOKINKWR LLC | $1,874.00 | | Posted | $99,381.00 |
| XXXXX2764 | 10-20-2021 | | DIRECT PAY OVERNIGHT CAPITA CCD 211018163018LK3 SMOKINKWR LLC | $1,874.00 | | Posted | $97,507.00 |
| XXXXX2764 | 10-21-2021 | | DIRECT PAY OVERNIGHT CAPITA CCD 211019163018V9W SMOKINKWR LLC | $1,874.00 | | Posted | $95,633.00 |
| XXXXX2764 | 10-22-2021 | | DIRECT PAY OVERNIGHT CAPITA CCD 211020163017FAX SMOKINKWR LLC | $1,874.00 | | Posted | $93,759.00 |
| XXXXX2764 | 10-25-2021 | | DIRECT PAY OVERNIGHT CAPITA CCD 211021163017H4O SMOKINKWR LLC | $1,874.00 | | Posted | $91,885.00 |
| XXXXX2764 | 10-26-2021 | | DIRECT PAY OVERNIGHT CAPITA CCD 211022163020124 SMOKINKWR LLC | $1,874.00 | | Posted | $90,011.00 |
| XXXXX2764 | 10-27-2021 | | DIRECT PAY OVERNIGHT CAPITA CCD 211025163015FEL SMOKINKWR LLC | $1,874.00 | | Posted | $88,137.00 |
| XXXXX2764 | 10-28-2021 | | DIRECT PAY OVERNIGHT CAPITA CCD 211026163016T9D SMOKINKWR LLC | $1,874.00 | | Posted | $86,263.00 |
| XXXXX2764 | 10-29-2021 | | DIRECT PAY OVERNIGHT CAPITA CCD 211027163016R4R6 SMOKINKWR LLC | $1,874.00 | | Posted | $84,389.00 |
| XXXXX2764 | 11-01-2021 | | DIRECT PAY OVERNIGHT CAPITA CCD 211028163016TX2 SMOKINKWR LLC | $1,874.00 | | Posted | $82,515.00 |
| XXXXX2764 | 11-01-2021 | | DIRECT PAY OVERNIGHT CAPITA CCD 211029163016PEW SMOKINKWR LLC | $1,874.00 | | Posted | $80,641.00 |
| XXXXX2764 | 11-02-2021 | | DIRECT PAY OVERNIGHT CAPITA CCD 211101163016JLS SMOKINKWR LLC | $1,874.00 | | Posted | $78,767.00 |

**LAST 90 DAY PAYMENTS MADE    $33,733.00**

BMH



Welcome back, Anthony Sawyer

# MAIN OPERATING

Last Updated: November 18, 2021 7:13 AM

| $1,051.33 | $1,051.33 |
|---|---|
| Current Balance | Available Balance |

**Transactions**   Details

🔍 funda                                                                                                                   ✕

| Date | Description | Amount | |
|---|---|---|---|
| NOV 2 2021 | 2122010747 Fundamental Cap CCD 95341252 SMOKINKWR LLC | ($5,958.48) | ⋮ |
| NOV 1 2021 | 2122010747 Fundamental Cap CCD 95314216 SMOKINKWR LLC | ($5,958.48) | ⋮ |
| OCT 29 2021 | Wire Transfer Credit FUNDAMENTAL CAPITAL SPE LLC CONTROL ACCOUNT 100 GARDEN CITY PLZ STE 410 | $44,659.45 | ⋮ |

**Page totals: Credits: [1] $44,659.45 | Debits: [2] ($11,916.96)**



# WYNWOOD CAPITAL

| Account Number | Post Date | Check | Description | Debit | Credit | Status | Principal Balance |
|---|---|---|---|---|---|---|---|
| XXXXXX2764 | 10-21-2021 | | Wire Transfer Credit WYNWOOD CAPITAL GROUP INC 18117 BISC | | $99,605.00 | Posted | $97,718.11 |
| XXXXXX2764 | 10-22-2021 | | SMOKINKWR Wynwood Capital CCD 357 SMOKINKWR LLC | $1,886.89 | | Posted | $95,831.22 |
| XXXXXX2764 | 10-25-2021 | | SMOKINKWR Wynwood Capital CCD 357 SMOKINKWR LLC | $1,886.89 | | Posted | $93,944.33 |
| XXXXXX2764 | 10-26-2021 | | SMOKINKWR Wynwood Capital CCD 357 SMOKINKWR LLC | $1,886.89 | | Posted | $92,057.44 |
| XXXXXX2764 | 10-27-2021 | | SMOKINKWR Wynwood Capital CCD 357 SMOKINKWR LLC | $1,886.89 | | Posted | $90,170.55 |
| XXXXXX2764 | 10-28-2021 | | SMOKINKWR Wynwood Capital CCD 357 SMOKINKWR LLC | $1,886.89 | | Posted | $88,283.66 |
| XXXXXX2764 | 10-29-2021 | | SMOKINKWR Wynwood Capital CCD 357 SMOKINKWR LLC | $1,886.89 | | Posted | $86,396.77 |
| XXXXXX2764 | 11-01-2021 | | SMOKINKWR Wynwood Capital CCD 357 SMOKINKWR LLC | $1,886.89 | | Posted | $84,509.88 |
| XXXXXX2764 | 11-02-2021 | | SMOKINKWR Wynwood Capital CCD 357 SMOKINKWR LLC | | | | |

**LAST 90 DAYS PAYMENTS MADE $15,095.12**