**Taalvi, LLC**
**5680 Hwy 6 #112**
**Missouri City, TX 77459**
taalvi.llc@gmail.com

**STATEMENT OF ACCOUNT 3/16/2022**

Dickey's BBQ c/o Smokinkwr/Tony Sawyer/Brian Hubbard
11401 Broadway Street
Pearland, TX 77584



EXHIBIT "D"

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 1/10/2022 | January 2021 Balance Due | $7,676.63 | |
| 2/10/2022 | February 2021 Balance Due | $7,676.63 | |
| 3/10/2022 | March 2021 Balance Due | $7,676.63 | |
| | January 2021 Payment | | $7,676.63 |
| | | | |
| | Total Charges | $23,029.89 | |
| | Total Credits | | $7,676.63 |

*Outstanding Balance as of 3/16/2022: $15,353.26*