IN THE IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Case No. 21-33989 |
| SMOKINKWR, LLC | § § | Chapter 11 |
| Debtor. | § § § | |

**NOTICE OF DEFAULT RELATED TO AGREED ORDER
GRANTING KRG KINGWOOD COMMONS, LLC'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR,
IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION**

KRG Kingwood Commons, LLC ("**KRG Kingwood**") hereby provides notice of Debtor's default ("**Default Notice**") under the *Agreed Order Granting KRG Kingwood Commons, LLC's Motion for Relief from the Automatic Stay or, in the Alternative, for Adequate Protection* [Docket No. 135] ("**Agreed Stay Relief Order**") and respectfully states as follows:

1. On March 7, 2022, KRG Kingwood filed its *Motion for Relief from the Automatic Stay or, in the Alternative, for Adequate Protection* [Docket No. 122] ("**Motion**").

2. In the subsequent weeks, counsel for KRG Kingwood, the Debtor and Galveston County entered into the Agreed Stay Relief Order, which the Court entered on March 31, 2022.

3. The Agreed Stay Relief Order provides, in relevant part, that "[i]f there are defaults in any provision of . . . the Lease hereafter, the automatic stay pursuant to section 362 of the Bankruptcy Code shall immediately lift, without further order of the Court, upon the filing of a notice of default by Landlord and the failure to cure any such noticed default within five calendar days."

4. To date, KRG Kingwood has not received any rent payment for April 2022. As such, the Debtor is in default of the Agreed Stay Relief Order.

5. Unless this default is cured within five calendar days of this Default Notice, KRG Kingwood shall be entitled to immediate relief from the automatic stay without further order of the Court and shall be authorized to take the actions authorized under the Agreed Order, the Lease, and other applicable law.

**DATED:  April 18, 2022**

Respectfully submitted,

SINGER & LEVICK, P.C.

By:     /s/  *Michelle E. Shriro*
       Michelle E. Shriro
       State Bar No. 18310900

16200 Addison Road, Suite 140
Addison, Texas  75001
Phone:  972.380.5533
Fax:  972.380.5748
Email:  mshriro@singerlevick.com

**AND**

Mark A. Bogdanowicz
Howard & Howard Attorneys PLLC
211 Fulton Street, Suite 600
Peoria, IL 61602-1350
Phone:  309.999.6320
Fax:  309.672.1568
Email:  mbogdanowicz@howardandhoward.com

ATTORNEYS FOR:
KRG KINGWOOD COMMONS, LLC

## **CERTIFICATE OF SERVICE**

        I hereby certify that a copy of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties listed below, on this 18th day of April, 2022.

| **DEBTOR:**<br>Smokinkwr LLC<br>2124 Rope Maker Road<br>Conroe, TX 77384-2510<br>**VIA ECF Noticing through its attorney** | **COUNSEL FOR THE DEBTOR:**<br>Thomas Frederick Jones, III<br>Law Office of Thomas F. Jones III<br>1770 St. James Place, Suite 105<br>Houston, TX 77056-3441<br>**VIA ECF Noticing** |
|---|---|
| **TRUSTEE:**<br>Brendon D. Singh<br>Tran Singh, LLP<br>2502 La Branch Street<br>Houston, TX 77004<br>**VIA ECF Noticing** | **US TRUSTEE:**<br>Ha Minh Nguyen<br>Office of the US Trustee<br>515 Rusk Avenue, Suite 3516<br>Houston, TX 77002<br>**VIA ECF Noticing** |

      /s/ *Michelle E. Shriro*
      Michelle E. Shriro

3