IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 21-33989 |
| | § | |
| SMOKINKWR LLC | § | Chapter 11 |
| | § | |
| DEBTOR | § | |
| | § | |

## ORDER DISMISSING THE CASE

Due notice and opportunity for hearing having been given to all parties, and the Court

**ORDERS** that:

1. This Chapter 11 case is **DISMISSED**.

2. All professionals, including the Subchapter V Trustee, shall, no later than twenty (20) days after entry of this Order, file with the Court an application for professional fees under 11 U.S.C. § 330.

3. The Debtor shall remit payment, if any, to the Subchapter V Trustee, no later than fifteen (15) days after entry of the Court's order regarding the Subchapter V Trustee's fee application.

4. Notwithstanding this Order, the Court retains jurisdiction to consider professional fee applications and to enforce payment of fees assessed under 28 U.S.C. § 586(e)(5).

Signed: April 30, 2022

_____
Christopher Lopez
United States Bankruptcy Judge

1

2

**AGREED TO AND ENTRY REQUESTED:**

By: */s/ Ha M. Nguyen*
Ha M. Nguyen, Trial Attorney
CA State Bar No. 305411
515 Rusk, Suite 3516
Houston, Texas 77002
202-590-7962
Ha.nguyen@usdoj.gov

Counsel for the United States Trustee

-and-

By: */s/Brendon Singh*
Brendon D. Singh
Tran Singh LLP
2502 La Branch Street
Houston, Texas 77004
832-975-7300
BSingh@ts-llp.com

Subchapter V Chapter 11 Trustee